UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIDAMERICA C2L INCORPORATED, a Nevada corporation; and SECURE ENERGY, INC., a Nevada corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SIEMENS ENERGY, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | No.: 16-CV-963_____<br><br>**DEMAND FOR JURY TRIAL**<br>Judicial Circuit, St. Clair County, Illinois, No. 2016-L-0374 |

## NOTICE OF REMOVAL

COMES NOW the Defendant, SIEMENS ENERGY, INC. ("Siemens"), by and through its undersigned attorneys, and hereby gives notice that it has removed the above-entitled cause from the Circuit Court of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 1441(b). In support, Siemens states as follows:

**I.　　FACTUAL AND PROCEDURAL BACKGROUND**

1. On July 18, 2016, Plaintiffs MIDAMERICA C2L INCORPORATED ("C2L") and SECURE ENERGY, INC. ("Secure") (collectively, "Plaintiffs") commenced this action in the Circuit Court of St. Clair County, Illinois, by filing a complaint styled *MidAmerica C2L Incorporated et al. v. Siemens Energy, Inc.*, Case No. 2016-L-0374 (the "Complaint"). The Complaint is attached as Exhibit A.

2. In their Complaint, Plaintiffs allege that Siemens and C2L entered into a 2012 License and Service Agreement relating to coal gasification technology and that Siemens has since repudiated its contractual obligations. Plaintiffs purport to state claims for breach of

contract and related torts and seek damages from Siemens in an "amount in excess of $86,000,000." (Complaint, p. 12)

3. On August 1, 2016, Siemens was served with the Summons and Complaint. The Summons served on Siemens and the proof of service relating thereto are attached as Exhibit B.

4. On August 25, 2016, Siemens was served with a Notice of Status Conference setting an Initial Status Conference in Case No. 2016-L-0374 for October 17, 2016. The Notice of Status Conference is attached as Exhibit C.

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Siemens are included within Exhibits A-C.

6. This Notice of Removal is timely filed with this Court pursuant to 28 U.S.C. U.S.C. § 1446(b), since it is being filed within 30 days of service upon the only defendant in the action, Siemens, which was served on August 1, 2016.

## II. REMOVAL IS PROPER BECAUSE DIVERSITY EXISTS BETWEEN THE ADVERSARIAL PARTIES AND SIEMENS IS NOT A LOCAL DEFENDANT

7. Diversity of citizenship existed between Plaintiffs and Siemens at the time the Complaint was filed and continues to exist today, at the time of this Notice of Removal.

8. Pursuant to 28 U.S.C. § 1332(c), a corporation is deemed a citizen of the state in which it is incorporated and the state in which it maintains its principal place of business.

9. Plaintiff C2L is a Nevada corporation with its principal place of business in the state of Missouri, and is therefore a citizen of Nevada and Missouri. (Complaint, p. 1)

10. Plaintiff Secure also is a Nevada corporation with its principal place of business in the state of Missouri, and is therefore a citizen of Nevada and Missouri. (*Id.*)

11. Defendant Siemens is a corporation formed under the laws of the state of Delaware, with its principal place of business located at 4400 N Alafaya Trail, Orlando, Florida

32826, and is therefore a citizen of Delaware and Florida. (*See id.*)

12. Pursuant to 28 U.S.C. § 1332, the matter in controversy must exceed the sum or value of $75,000, exclusive of interest and costs, for the Court to exercise subject matter jurisdiction.

13. Plaintiffs assert in their Complaint that the amount in controversy in this action exceeds $75,000. Plaintiffs allege that Siemens owes Plaintiffs $40,298,436.00 because two coal gasifiers have supposedly "decreased in value" from $40,298,436.00 to $0.00. (Complaint, p. 6) Plaintiffs also allege that they have abandoned their design and engineering plans for their coal gasification plant, and they attribute the cost of those plans to Siemens in an alleged amount in excess of $46,000,000.00. Based on these allegations, Plaintiffs seek purported damages from Siemens in an "amount in excess of $86,000,000", which is well in excess of the jurisdictional minimum. (Complaint, p. 12)

14. Based on the foregoing, complete diversity exists and the amount in controversy exceeds the jurisdictional amount of $75,000, exclusive of interest and costs. Therefore, pursuant to 28 U.S.C. § 1332(a), this Court would have had original jurisdiction over this matter. Accordingly, this matter may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

15. As required by 28 U.S.C. § 1441(d), a copy of this Notice of Removal has been filed with the Clerk of the Court for the Twentieth Judicial Circuit in St. Clair County, Illinois and served on all counsel of record.

16. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are thereby reserved.

WHEREFORE, the Defendant, SIEMENS ENERGY, INC., respectfully removes this action for all purposes from the Circuit Court of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois.

Dated:  August 26, 2016                    Respectfully submitted,


By: /s/ William J. Knapp
WILLIAM J. KNAPP, #06191199
JESSICA A. BRASEL, #06284709
Knapp, Ohl & Green
6100 Center Grove Road
P.O. Box 446
Edwardsville, IL 62025
Telephone:  (618) 656-5088
Fax:  (618) 656-5466
Email:  wjk@knappohlgreen.com
        jbb@knappohlgreen.com
        and
Scott D. Baker (pending pro hac admission)
Email:    sbaker@reedsmith.com
James A. Daire (pending pro hac admission)
Email:    jdaire@reedsmith.com
Paul Sousa (pending pro hac admission)
Email:    psousa@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Counsel for Siemens Energy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

John F. Cooney
Danna McKitrick, P.C.
7701 Forsyth Boulevard, Suite 800
St. Louis, MO 63105-3907
jcooney@dmfirm.com

                    Respectfully submitted,

By: /s/ William J. Knapp
    WILLIAM J. KNAPP, #06191199
    JESSICA A. BRASEL, #06284709
    Knapp, Ohl & Green
    6100 Center Grove Road
    P.O. Box 446
    Edwardsville, IL 62025
    Telephone:  (618) 656-5088
    Fax:  (618) 656-5466
    Email:  wjk@knappohlgreen.com
             jbb@knappohlgreen.com
       and
    Scott D. Baker (pending pro hac admission)
    Email:    sbaker@reedsmith.com
    James A. Daire (pending pro hac admission)
    Email:    jdaire@reedsmith.com
    Paul Sousa (pending pro hac admission)
    Email:    psousa@reedsmith.com
    REED SMITH LLP
    101 Second Street
    Suite 1800
    San Francisco, CA  94105-3659
    Telephone: +1 415 543 8700
    Facsimile: +1 415 391 8269

*Counsel for Siemens Energy, Inc.*