# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MIDAMERICA C2L INCORPORATED
and SECURE ENERGY, INC.,

        Plaintiffs,

v.                                              Case No:  6:17-cv-171-Orl-40LRH

SIEMENS ENERGY, INC.,

        Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiffs' Renewed Motion to Amend/Correct Complaint. (Doc. 212 (the "**Motion**")).

Plaintiffs initiated this lawsuit in Illinois state court in July 2016. On August 26, 2016, Defendant Siemens Energy, Inc., removed this action to federal court (Doc. 1), and the case was transferred to this Court on February 1, 2017. (Docs. 31–33). Plaintiffs filed an Amended Complaint on April 21, 2017. (Doc. 63). On May 18, 2017, the Court issued a Case Management and Scheduling Order ("**CMSO**"), establishing the deadline to file motions to amend pleadings as June 1, 2017—more than two years ago. (Doc. 69). The Court has twice amended the CMSO, but neither of which changed the deadline for amended pleadings. (Docs. 89, 129). The second amended CMSO established a dispositive motions deadline of February 1, 2019, and a discovery deadline of February 8, 2019. (Doc. 129).

The parties each filed summary judgment motions (Docs. 146, 149) and Daubert motions (Docs. 147, 148, 150). The Court granted Defendant's Motion for Summary

Judgment as to Plaintiffs' Counts II, IV, V, and VI, on July 26, 2019, (Doc. 203), and granted as to Count I on October 15, 2019 (Doc. 208).[1] The Court denied Plaintiffs' Motion for Summary Judgment (Doc. 203) and denied Defendant's Motion for Summary Judgment as to its' Counterclaim (Doc. 208).

On October 25, 2019, in an attempt to circumvent the Court's rulings on summary judgment—over two years past the deadline for amended pleadings—Plaintiffs filed the instant Motion seeking leave to file a Second Amended Complaint. (Doc. 212). Plaintiffs rely on Federal Rule of Civil Procedure 15 and seek to "conform the pleadings in this case to the information gathered by Plaintiffs through the discovery process." (*Id.* at p. 1). When a motion for leave to amend pleadings is filed after the deadline established by the Court in the CMSO, the movant must first show good cause for the belated request under Federal Rule of Civil Procedure 16(b)(4). *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998).

Plaintiffs' Motion is not well taken. Rule 15 allows amendment of pleadings to conform the pleadings to the *evidence* on the record, not to conform the pleadings to the Court's previous rulings and to evade summary judgment. The Court reminds Plaintiffs of its previous rulings that Plaintiffs are limited to the counts as they have been pleaded (Docs. 137, 154, 204, 208), and warns Plaintiffs that motions in this regard run dangerously close to sanctionable actions under Rule 11.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion is denied.

**DONE AND ORDERED** in Orlando, Florida on October 28, 2019.

---

[1] On September 29, 2017, the Court dismissed Count III after it was voluntarily waived by Plaintiffs. (Doc. 74).

*(signature)*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties