# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **MIDAMERICA C2L INC., et al.**, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 6:17-CV-171-Orl-18LRH |
| **SIEMENS ENERGY, INC.**, | ) ) ) |
| Defendant. | ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties hereto, Plaintiffs/Counterclaim-defendants MidAmerica C2L, Inc. and Secure Energy, Inc. and Defendant/Counter-claimant Siemens Energy, Inc., by and through counsel of record, hereby request that this Court amend the Scheduling Order set forth in this Court's Amended Case Management and Scheduling Order [Doc. 211] to provide extensions of certain deadlines for pre-trial submissions, none of which will result in delaying the trial date. All parties agree there is good cause for the extension and it is not for the purpose of delay; all parties agree that the extension will not affect the setting of the final pretrial conference or trial date; and no party will use the granting of the extension in support of a motion to extend another date or deadline. In support of this Motion, the parties state to this Court as follows:

1. The parties are diligently engaged in the preparation of a Joint Final Pretrial Statement, including jury instructions, verdict form, voir dire questions, witness lists, exhibit lists, and deposition designations, due October 30, 2019.

2. The parties require additional time to complete and file these documents.

3. Therefore, counsel for the parties agree and propose to extend the deadlines for the submission of the Joint Final Pretrial Statement and other pretrial filings as follows:

| | |
|---|---|
| ***Joint Final Pretrial Statement*** **(including a single set of jointly-proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form, and Deposition Designations). Also send Jointly-Proposed Jury Instructions and Verdict Form to Chamber's email [chambers_flmd_Byron@flmd.uscourts.gov] in Microsoft Word® format and send all full deposition transcripts the parties intend to designate for use at trial to the Court on a CD or thumb drive.** | **NOVEMBER 5, 2019** |
| **All Other Motions Including Motions *In Limine*.** (MULTIPLE MOTIONS IN LIMINE DISFAVORED. ALL REQUESTS TO LIMIT EVIDENCE MUST BE INCLUDED IN A SINGLE MOTION NOT TO EXCEED 25 PAGES WITHOUT PRIOR LEAVE OF COURT. RESPONSES LIMITED TO 20 PAGES WITHOUT PRIOR LEAVE OF COURT.) | **NOVEMBER 8, 2019** |
| **Objections to Deposition Designations and Counter Designations on approved form.** | **NOVEMBER 11, 2019** |
| **Objections to Counter-Designations** | **NOVEMBER 13, 2019** |

4. Because the Court's original Case Management and Scheduling Order (Doc. 69) provides that trial briefs in jury trials are discretionary, the parties have agreed not to file trial briefs at this time. If helpful to the Court, the parties may seek the Court's permission to file trial briefs after the Court's ruling on the parties' Motions *In Limine* narrowing the issues to be presented at trial.

5. All other dates and deadlines set forth in the Amended Case Management and Scheduling Order [Doc. 211] would remain the same.

Date: October 30, 2019

Respectfully submitted,

| | |
|---|---|
| **REED SMITH, LLP** | **DANNA McKITRICK, P.C.** |
| BY: /s/ Jonah D. Mitchell<br>Jonah D. Mitchell<br>admitted pro hac vice<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105-3659<br>Phone: (415) 543-8700<br>Facsimile: (415) 391-8269<br>E-Mail: jmitchell@reedsmith.com | BY: /s/ Robert L. Devereux<br>Robert L. Devereux,<br>admitted pro hac vice<br>7701 Forsyth Blvd., Suite 800<br>St. Louis, MO  63105-3907<br>Phone: (314) 726-1000<br>Facsimile: (314) 725-6592<br>E-Mail: rdevereux@dmfirm.com |
| and | and |
| P. Alexander Quimby<br>Florida Bar No. 099954<br>Baker & Hostetler, LLP<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, FL  32801-3432<br>Phone: (407) 649-4000<br>Facsimile: (407) 841-0168<br>E-Mail: aquimby@bakerlaw.com | Walter A. Ketcham, Jr.<br>Florida Bar No. 156630<br>Grower, Ketcham, Eide, Telan & Meltz, P.A.<br>901 North Lake Destiny Road<br>Suite 450<br>Maitland, FL  32751<br>Phone: (407) 423-9545<br>Facsimile: (407) 425-7104<br>E-Mail: waketcham@growerketcham.com |
| **ATTORNEYS FOR DEFENDANT/<br>COUNTER-CLAIMANT** | **ATTORNEYS FOR PLAINTIFFS/<br>COUNTERCLAIM-DEFENDANTS** |