UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIDAMERICA C2L INCORPORATED et al, )
)
Plaintiffs/Counter- )
defendant, )
) Case No. 6:17-cv-171-Orl-40LHR
v. )
)
SIEMENS ENERGY, INC., )
)
Defendant/Counter- )
claimant. )
)
)

# EXHIBIT 8
# PROPOSED VOIR DIRE QUESTIONS

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **MIDAMERICA C2L INC., et al.,** | ) |
| | ) |
| Plaintiffs/Counterclaim Defendants, | ) |
| | ) |
| **v.** | ) Case No. 6:17-CV-171-Orl-40-LRH |
| | ) |
| **SIEMENS ENERGY, INC.,** | ) |
| | ) |
| Defendant/Counter-Claimant. | ) |

**JOINT PROPOSED VOIR DIRE QUESTIONS**

Siemens Energy Inc. ("Siemens") and MidAmerica C2L Incorporated ("C2L") submit the following questions to be posed to the jury venire.

**Siemens' Proposed Questions**

1.      What is your work experience?

2.      What is your educational background?

3.      Have you, your relatives, or close friends ever worked for Siemens?  If yes, please explain who and the job held.

4.      Have you, your relatives, or close friends ever has a business relationship with Siemens?  If yes, please explain who and the circumstances of the relationship.

5.      Do you have any opinion or feeling about Siemens, positive or negative?

6.      Have you, your relatives, or close friends ever worked for Secure Energy or its wholly-owned subsidiary MidAmerica C2L?  If yes, please explain who and the job held.

7.      Have you, your relatives, or close friends ever has a business relationship with Secure Energy or MidAmerica C2L?  If yes, please explain who and the circumstances of the relationship.

8.      Do you have any opinion or feeling about Secure Energy or MidAmerica C2L, positive or negative?

9.      Do you have any opinion about companies that are involved in building and operating large industrial plants?

10.      Have you read or heard anything about Siemens?  If yes, please describe what you remember reading or hearing about Siemens.

11.      Have you read or heard anything about Secure Energy or MidAmerica C2L?  If yes, please describe what you remember reading or hearing about Secure Energy or MidAmerica C2L.

12.      Do any of the things you've heard about either party affect your ability to be fair to both sides during this trial?

13.      Do you have any experience working in an industrial plant?

14.      Do you have any experience in dealing with intellectual property?  Do you have any experience dealing with licensing of intellectual property?

15.      Do you think it's fair for the owner of intellectual property to charge a license fee for the use of that property?

16.      What are the kinds of things that you look for to determine whether or not someone is telling the truth?

17.      Do you believe that a company has a who has agreed to make payments for equipment, services and the right to use intellectual property has an obligation to pay its debts?

18.      What is your opinion of people who file lawsuits for monetary damages?

19.      Do you feel any inclination to vote for one side or the other based on sympathy for their hardship?

20.     Have you or anyone close to you ever made any type of claim for damages?  If yes, please explain.

21.     If a claim for money damages has ever been made against you or anyone close to you, explain the circumstances.

22.     If your or anyone close to you has ever sued or been sued in any type of lawsuit, please explain.

23.     Have you ever signed a contract and later wished that you had not? Tell me about that.

24.     Do you believe companies should be responsible for risks they take in their business?

25.     Is there anyone here who wants to be on the jury? Please explain.

26.     Have you or any members of your family or close friends ever worked for a company that has been sued? If yes, please explain, including whether you thought bringing the lawsuit was fair or unfair.

27.     Is there anything else the judge, attorneys or parties should know about you in relation to serving on this jury? If yes, please explain.

**C2L's Proposed Questions**

1.     Have any of you ever had a business or employment relationship with any of the Siemens' Companies?

2.     This is a civil case which is to be decided by the preponderance of the evidence which requires clear and convincing evidence which essentially means more likely than not. This is different

from a criminal case where the government must prove its case beyond a reasonable doubt. Does anyone

have a problem applying a lower burden of proof in this case than one used in a criminal case?[1]

3.      Have any of you ever been sued?

4.      Have you, any family member or friend ever owned a business?

5.      Have any of you had any prior jury experience? If so:

    a.  Did you serve in a civil or criminal case?

    b.  Were you the foreperson?

    c.  Did your jury panel reach a verdict?

6.      Have any of you ever filed a claim against someone? If so:

    a.  What kind of claim was it?

    b.  Were you content with the outcome of the claim?

    c.  Was there anything about the filing of that claim that would affect your ability to
       serve on this jury?

7.      Have any of you ever had a claim filed against you?

    a.  What kind of claim was it?

    b.  Were you content with the outcome of the claim?

    c.  Was there anything about the filing of that claim that would affect your ability to
       serve on this jury?

8.      Do any of you have a relative or a friend that works for Siemens?

9.      Do any of you have a relative or friend that has done business with Siemens?

---

[1] Siemens objects to this question because it misstates the burden of proof and does not specify that there are different burdens of proof for different claims.

Date: November 5, 2019

Respectfully submitted,

| | |
|---|---|
| **REED SMITH, LLP** | **DANNA McKITRICK, P.C.** |

BY:  /s/Jonah D. Mitchell _____       BY:  /s/ Robert L. Devereux _____

| | |
|---|---|
| Jonah D. Mitchell | Robert L. Devereux, |
| admitted pro hac vice | admitted pro hac vice |
| 101 Second Street, Suite 1800 | 7701 Forsyth Blvd., Suite 800 |
| San Francisco, CA  94105-3659 | St. Louis, MO  63105-3907 |
| Phone: (415) 543-8700 | Phone: (314) 726-1000 |
| Facsimile: (415) 391-8269 | Facsimile: (314) 725-6592 |
| E-Mail: jdaire@reedsmith.com | E-Mail: rdevereux@dmfirm.com |
| | |
| and | and |
| | |
| P. Alexander Quimby | Walter A. Ketcham, Jr. |
| Florida Bar No. 099954 | Florida Bar No. 156630 |
| Baker & Hostetler, LLP | Grower, Ketcham, Eide, Telan & Meltz, P.A. |
| SunTrust Center, Suite 2300 | 901 North Lake Destiny Road |
| 200 South Orange Avenue | Suite 450 |
| Orlando, FL  32801-3432 | Maitland, FL  32751 |
| Phone: (407) 649-4000 | Phone: (407) 423-9545 |
| Facsimile: (407) 841-0168 | Facsimile: (407) 425-7104 |
| E-Mail: aquimby@bakerlaw.com | E-Mail: waketcham@growerketcham.com |
| **ATTORNEYS FOR DEFENDANT/** | **ATTORNEYS FOR PLAINTIFFS/** |
| **COUNTER-CLAIMANT** | **COUNTERCLAIM DEFENDANTS** |

4844-5057-9628, v. 1