# EXHIBIT A



# EXHIBIT LIST

___PLAINTIFF __X_ DEFENDANT ____ JOINT

___ GOVERNMENT___ COURT

**CASE NO. 6:17-CV-171-ORL-PGB-LRH**

**STYLE: MIDAMERICA C2L, INC. ET AL. V. SIEMENS ENERGY, INC.**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |
| DTX1 | | | | | Secure Energy Incorporated Presentation to: Siemens |
| DTX2 | | | | | Secure Energy Inc. Presentation to Siemens |
| DTX3 | | | | | Secure Energy Inc. Decatur Construction Plan |
| DTX4 | | | | | Secure Energy RW Beck's Phase I Documentation Request |
| DTX5 | | | | | WITHDRAWN |
| DTX6 | | | | | Letter from Ian Campbell at Siemens to Jack Kenny at Secure Energy, Inc. re: USA258 CtSNG SFGT-SPGI-0082: Notice of Non-Payment Invoices #298200703/#298200704/#2982000506 |
| DTX7 | | | | | WITHDRAWN |
| DTX8 | | | | | Financial Statements and Independent Auditors' Report; Secure Energy, Incorporated and Subsidiaries, December 31, 2008 and 2007 |
| DTX9 | | | | 402 | Proposed Questions for Secure Energy Decatur, LLC Based on Part II materials and follow-up questions from Part I |
| DTX10 | | | | | Financial Statements and Independent Auditors' Report; Secure Energy, Incorporated and Subsidiaries, December 31, 2009 and 2008 |
| DTX11 | | | | | Secure Energy, Incorporated and Subsidiaries (A Development Stage Company) Consolidated Financial Statements, December 31, 2015 and 2014 |
| DTX12 | | | | | Siemens Gasification Technology: Secure Energy, St. Louis, MO |
| DTX13 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX14 | | | | | WITHDRAWN |
| DTX15 | | | | | E-mail from George Lamonettin to Jack Kenny re: Houlihan Lokey's 2010 Accomplishments |
| DTX16 | | | | 402 | E-mail from Jack Kenny to Igor Ribakovs, Lars Scott re: SEI-Draft EPC Contract |
| DTX17 | | | | 402 | E-mail from Bruce Schaller to Jack Kenny, Lars Scott re: Butterfly's, Which one is it? |
| DTX18 | | | | 402,801,F,NSW | E-mail from Jonathan Bader to Stephen Diehl, Max Sherman re: Equipment Already Purchased |
| DTX19 | | | | | WITHDRAWN |
| DTX20 | | | | | WITHDRAWN |
| DTX21 | | | | 402, BE | License and Service Agreement between Secure Energy Incorporated and Siemens Energy, Inc. for the West Paducah, Kentucky Plant includes redlines |
| DTX22 | | | | | Siemens Gasification Service Customer Survey 2011 |
| DTX23 | | | | | WITHDRAWN |
| DTX24 | | | | | WITHDRAWN |
| DTX25 | | | | 402 | Secure Energy Inc. Stockholder's Meeting |
| DTX26 | | | | 402 | E-mail from Jack Kenny to Tom Goessling, Larry Luber, Chris Maloney, Gary Crull re: FW:Secure Energy Update |
| DTX27 | | | | | WITHDRAWN |
| DTX28 | | | | | WITHDRAWN |
| DTX29 | | | | | WITHDRAWN |
| DTX30 | | | | 402 | MidAmerica C2L Project Presentation |
| DTX31 | | | | | Meeting Minutes from Max Sherman, Sega re: MidAmerican C2L Project; EPC Contractor Coordination and Licenser Restart |
| DTX32 | | | | | E-mail from Max Sherman to Bruce Schaller, Jack Kenny, Lars Scott re: 121107 - Meeting Minutes |
| DTX33 | | | | | Letter from Harry Morehead at Siemens to Lars Scott at MidAmerica C2L, Inc. re: Siemens 2xSFG-500 Gasifier Packages owned by |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | MidAmerica C2L, Inc. |
| DTX34 | | | | | E-mail from Lars Scott to Gary Prager re: Siemens |
| DTX35 | | | | 402 | Siemens Contract Review Notes by Y. Oncu |
| DTX36 | | | | 402 | E-mail from Lars Scott to Harry Morehead, George Lamonettin, Rolf Ruesseler re: Final Vitol Presentation |
| DTX37 | | | | | E-mail from Harry Morehead to Lars Scott re: Draft Term Sheet - Gasifier Remarketing |
| DTX38 | | | | | Letter from Lars Scott at MidAmerica C2L, Inc. to Harry Morehead at Siemens re: Marketing Assistance Agreement - Possible Resale of Two 500 $MW_{th}$ SFG-500 gasifiers, two feeder vessels, and other related equipment and spare parts |
| DTX39 | | | | | E-mail from Jack Kenny to William Hardie, Jake Foley III, Drew Talarico, Louis Mayer, Lars Scott re: Sourcing of 2 x 500 SFG Siemens Gasifiers |
| DTX40 | | | | | E-mail from Jack Kenny to Jake Foley III, Jack Kenny re: O.Z. & Leucadia; Incudes other email chains |
| DTX41 | | | | | WITHDRAWN |
| DTX42 | | | | | E-mail from Jack Kenny to Dipankar Sengupta re: Old Siemens Gasifiers in US |
| DTX43 | | | | | WITHDRAWN |
| DTX44 | | | | | Secure Energy, RW Beck Phase 1 Documentation Request; Commercial Experience |
| DTX45 | | | | | WITHDRAWN |
| DTX46 | | | | | 7th International Freiberg/Inner Mongolia Conference: Siemens Fuel Gasification Technology Status and New Developments |
| DTX47 | | | | | WITHDRAWN |
| DTX48 | | | | | WITHDRAWN |
| DTX49 | | | | | WITHDRAWN |
| DTX50 | | | | | WITHDRAWN |
| DTX51 | | | | | WITHDRAWN |
| DTX52 | | | | | WITHDRAWN |
| DTX53 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX54 | | | | | WITHDRAWN |
| DTX55 | | | | | WITHDRAWN |
| DTX56 | | | | | WITHDRAWN |
| DTX57 | | | | | WITHDRAWN |
| DTX58 | | | | | WITHDRAWN |
| DTX59 | | | | | WITHDRAWN |
| DTX60 | | | | | WITHDRAWN |
| DTX61 | | | | | WITHDRAWN |
| DTX62 | | | | 402 | Excerpt from draft agreement between Secure and ARC Financial re termination of interests |
| DTX63 | | | | | Lars Scott's LinkedIn profile |
| DTX64 | | | | | Letter from U.S. Department of Energy to Lars Scott re: Funding Opportunity Announcement No DE-FOA-00000015 - denial of NETL funding |
| DTX65 | | | | 402 | Letter from Lars Scott to U.S. Department of Energy re: Written request of Secure Energy, Inc. for information regarding our failure to be selected for an Award pursuant to Funding Opportunity Announcement No. DE-FOA 00000015 |
| DTX66 | | | | 402 | E-mail from Lars Scott to Cheri Hall re: Secure Energy ICCS Debriefing |
| DTX67 | | | | 402 | E-mail from David Hill to Jack Kenny, Bo Devereux and Lars Scott re: NETL Document |
| DTX68 | | | | 402 | Amended Agreement between Secure Energy Inc. and Kenny Securities Corp |
| DTX69 | | | | 402 | E-mail from Suraj Jain to Lars Scott re: Secure Energy Buyer's Log |
| DTX70 | | | | 402,403 | E-mail from Gary Prager to Kevin Kulak re: Jack Kenny |
| DTX71 | | | | 402,403 | E-mail from Kevin Kulak to Jack Kenny and Lars Scott re: FW: Arc |
| DTX72 | | | | 402,403 | Secure Energy Inc. Memorandum re: Disclosure of certain legal proceedings |
| DTX73 | | | | | WITHDRAWN |
| DTX74 | | | | | WITHDRAWN |
| DTX75 | | | | | E-mail from Mark Confer to Jack Kenny, Guido Schuld, Rolf Ruesseler, Harry Morehead, George Lamonettin and Wolfgang Streer re: Secure Energy |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Update |
| DTX76 | | | | | E-mail from William Hardie to Ian David Etzkin re: C2L Response to SK; Attachment: MidAmerica C2L Response to SK Questions (6.18.2012) |
| DTX77 | | | | | Paducah Gasification Plant; Permit Summary Table for MidAmerica C2L project |
| DTX78 | | | | | Plaintiffs' Answers to Defendant's First Set of Interrogatories in MidAmerica v. Siemens Energy |
| DTX79 | | | | | MidAmerica C2L Project Presentation |
| DTX80 | | | | | WITHDRAWN |
| DTX81 | | | | 402 | E-mail between Tuck Hardie and Lars Scott re: draft budget |
| DTX82 | | | | 402 | MidAmerica C2L Presentation: Series C 10% Cumulative Preferred Stock; includes email between Lars Scott and William Hardie |
| DTX83 | | | | 402 | E-mail from Lars Scott to Gary Prager re: Siemens |
| DTX84 | | | | | E-mail from Lars Scott to K. Clauss, B. Smith re: Siemens Update |
| DTX85 | | | | | E-mail from Harry Morehead to Lars Scott re: BEDP Discussion |
| DTX86 | | | | | WITHDRAWN |
| DTX87 | | | | 402 | E-mail from Lars Scott to William (Tuck) Hardie re: Siemens Gasifier Letter; Attachment: Price pages from Siemens Contract.pdf |
| DTX88 | | | | | E-mail from Rolf Ruesseler to Jack Kenny re: AW: Sourcing of 2 x 500 SFG Siemens Gasifiers |
| DTX89 | | | | 402 | Secure Energy Inc. Paducah Project |
| DTX90 | | | | | WITHDRAWN |
| DTX91 | | | | | E-mail from Herbert M. Kosstrin to Lars Scott and Jack Kenny re: Contingency discussion (Attachment: SecureEnergy_Kosstrin_0409.pdf) |
| DTX92 | | | | | WITHDRAWN |
| DTX93 | | | | | Independent Engineer's Report: Secure Energy Decatur Project |
| DTX94 | | | | | WITHDRAWN |
| DTX95 | | | | | WITHDRAWN |
| DTX96 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX97 | | | | | WITHDRAWN |
| DTX98 | | | | | WITHDRAWN |
| DTX99 | | | | | WITHDRAWN |
| DTX100 | | | | | WITHDRAWN |
| DTX101 | | | | | Bruce Schaller, Sega Meeting Minutes re: DOE Presentation - May 12, 2009 |
| DTX102 | | | | 402 | Gasification Technologies Conference 2011 - October 9-12, San Francisco, CA |
| DTX103 | | | | | WITHDRAWN |
| DTX104 | | | | | Siemens Energy, Inc.'s Notice of 30(B)(6) Deposition to Plaintiffs; MidAmerica v. Siemens Energy |
| DTX105 | | | | | WITHDRAWN |
| DTX106 | | | | 402 | Plaintiffs' Trial Brief for Case No. 4:08-cv-1719-JCH; Secure Energy v. Coal Synthetics |
| DTX107 | | | | | WITHDRAWN |
| DTX108 | | | | 402 | Defendants' Trial Brief for Case No. 4:08-cv-01719-JCH; Secure Energy v. Coal Synthetics |
| DTX109 | | | | 402 | Meeting Minutes from Max Sherman, Sega; May 13, 2010 Siemens Review Meeting |
| DTX110 | | | | | WITHDRAWN |
| DTX111 | | | | | Secure Energy, Inc. and Subsidiaries Consolidated Financial Statement for the period ending December 31, 2011 and 2010 |
| DTX112 | | | | | Secure Energy, Inc. Financial Statements and Independent Auditor's Report for period ending December 31, 2009 and 2008 |
| DTX113 | | | | | PowerPoint of investor presentation by Houlihan Lokey, MidAmerica C2L and UBS |
| DTX114 | | | | | Secure Energy Incorporated and Subsidiaries, Consolidated Financial Statements ending December 31, 2016 and 2015 |
| DTX115 | | | | | Secure Energy Incorporated and Subsidiaries, Consolidated Financial Statements ending December 31, 2017 and 2016 |
| DTX116 | | | | 402 | Secure Energy, Inc. budget summary of unpaid bills as of 1/24/2011 and E-mail from Stephen Spencer to multiple |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | recipients re: SEI |
| DTX117 | | | | | E-mail from Jack Kenny to Daniel Ju and others re: C2L Contract draft |
| DTX118 | | | | | Secure Energy, Inc. and Subsidiaries re: Consolidated Financial Statements, December 31, 2006 |
| DTX119 | | | | | Financial Statements and Independent Auditors' Report, Secure Energy, Inc. and Subsidiaries, December 31, 2008 and 2007 |
| DTX120 | | | | | Financial Statements and Independent Auditors' Report, Secure Energy, Inc. and Subsidiaries, December 31, 2009 and 2008 |
| DTX121 | | | | | Secure Energy, Inc. and Subsidiaries, Consolidated Financial Statements ending September 30, 2010 |
| DTX122 | | | | | Secure Energy, Inc. and Subsidiaries, Consolidated Financial Statements ending December 31, 2012 and 2011 |
| DTX123 | | | | | Secure Energy, Inc. and Subsidiaries, Consolidated Financial Statements ending December 31, 2014 and 2013 |
| DTX124 | | | | | WITHDRAWN |
| DTX125 | | | | 402, F, NSW | E-mail from Suraj Jain at Houlihan Lokey to Nancy Smith and Jeff Pearson at ARC Financial re: Secure Energy Weekly Materials |
| DTX126 | | | | | E-mail from Lars Scott to M. Sherman at Sega re: Request for SK Estimate back-up |
| DTX127 | | | | | WITHDRAWN |
| DTX128 | | | | | WITHDRAWN |
| DTX129 | | | | | WITHDRAWN |
| DTX130 | | | | | WITHDRAWN |
| DTX131 | | | | 402 | E-mail from Christine Baleshta to multiple recipients re: Secure Energy/ARC Financial - Draft of Note and Stock Purchase Agreement |
| DTX132 | | | | | WITHDRAWN |
| DTX133 | | | | | WITHDRAWN |
| DTX134 | | | | | Siemens Global Gasification and Integrated Gasification Combined Cycle Update, Harry Morehead, Manager, IGCC Marketing |
| DTX135 | | | | | Email from Torsten Bergt to Lars Scott and Jack Kenny enclosing January 2007 meeting minutes with Secure |

| | | | | | |
|---|---|---|---|---|---|
| DTX136 | | | | | Meeting Minutes from January 2007 between Siemens and Secure |
| DTX137 | | | | | Siemens Press Release re Siemens signing agreement with Secure energy |
| DTX138 | | | | | WITHDRAWN |
| DTX139 | | | | | WITHDRAWN |
| DTX140 | | | | | WITHDRAWN |
| DTX141 | | | | | WITHDRAWN |
| DTX142 | | | | | Meeting Invitation from Harry Morehead to various Siemens personnel and SK regarding Gasification Meeting with SK E&C Americas |
| DTX143 | | | | | Email from Harry Morehead to Tomas Maramba RE: Siemens Gasification Meeting with SK |
| DTX144 | | | | 402 | Flow chart re Secure Energy |
| DTX145 | | | | F, NSW | Hand written notes re Jack Kenny; Attachment: Meeting Agenda-Manufacturing Schedules |
| DTX146 | | | | | Email from Bo Devereux to Jack Kenny, Lars Scott, Ellie Devereux RE: Harry Graves; Attachment: email chain re equipment purchase agreement, includes equipment purchase agreement |
| DTX147 | | | | 604 | Email from Frank Hanneman to Rolf Ruesseler, Guido Schuld RE: AW: TCEP white paper |
| DTX148 | | | | | Document re the Siemens Fuel Technology (SFG) (no date) |
| DTX149 | | | | 402,F,NSW | GTC 2014 Presentation Map, Mindjet |
| DTX150 | | | | | Siemens Fuel Gasification Technology Status of Current Projects, Presentation to China Power Investment Corporation |
| DTX151 | | | | | WITHDRAWN |
| DTX152 | | | | 402 | Secure Energy Transmittal Memorandum to R.W. Beck, attention Herbert Kosstrin regarding the Secure Energy Decatur Gasification Plant, Transmittal No. 1 |
| DTX153 | | | | | WITHDRAWN |
| DTX154 | | | | | WITHDRAWN |
| DTX155 | | | | | WITHDRAWN |
| DTX156 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX157 | | | | | WITHDRAWN |
| DTX158 | | | | | WITHDRAWN |
| DTX159 | | | | | WITHDRAWN |
| DTX160 | | | | | WITHDRAWN |
| DTX161 | | | | 402,DESC | Letter from Jan Kollmus at Siemens to Cui Lin Lin at East China Engineering Science & Technology Co. RE: Revised Commercial Offer for the Supply of License, Engineering and Equipment for Sinarmas Coal to Methanol Project in South Kalimantan, Indonesia |
| DTX162 | | | | | WITHDRAWN |
| DTX163 | | | | | Plaintiffs' Objections And Answers To Defendant's First Set Of Requests For Admissions (Nos. 1-38) |
| DTX164 | | | | | WITHDRAWN |
| DTX165 | | | | | WITHDRAWN |
| DTX166 | | | | | WITHDRAWN |
| DTX167 | | | | 402 | Jack Kenny Notes titled November 4, 2009 to February 23, 2010 |
| DTX168 | | | | 402 | Jack Kenny Notes titled March 2010 to May 11, 2010 |
| DTX169 | | | | 402 | Jack Kenny notes titled August 2010 to September 19, 2010 |
| DTX170 | | | | 402 | Jack Kenny notes titled January 1, 2011 to March 2, 2011 |
| DTX171 | | | | 402 | Jack Kenny notes titled July 26, 2011 to August 16, 2011 |
| DTX172 | | | | 402 | Jack Kenny notes titled February 14, 2012 to March 22, 2012 |
| DTX173 | | | | | WITHDRAWN |
| DTX174 | | | | 402 | Jack Kenny notes titled November 2, 2015 thru January 27, 2016 and notes on telephone,call with Rolf |
| DTX175 | | | | 402 | Jack Kenny notes titled February 12, 2016 thru April 20, 2016 |
| DTX176 | | | | | WITHDRAWN |
| DTX177 | | | | | WITHDRAWN |
| DTX178 | | | | | WITHDRAWN |
| DTX179 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX180 | | | | | WITHDRAWN |
| DTX181 | | | | | WITHDRAWN |
| DTX182 | | | | | WITHDRAWN |
| DTX183 | | | | | WITHDRAWN |
| DTX184 | | | | | WITHDRAWN |
| DTX185 | | | | | WITHDRAWN |
| DTX186 | | | | | WITHDRAWN |
| DTX187 | | | | | WITHDRAWN |
| DTX188 | | | | | WITHDRAWN |
| DTX189 | | | | | WITHDRAWN |
| DTX190 | | | | 402,F,NSW | Independent Engineer's Report: Texas Clean Energy Project, prepared for Royal Bank of Scotland |
| DTX191 | | | | | WITHDRAWN |
| DTX192 | | | | | The Secure Energy Decatur, LLC Basic Engineering Design Package - Final Documentation, Vols 1-14 |
| DTX193 | | | | 402,F,NSW | Industrial Size Gasification for Syngas, Substitute Natural Gas and Power Production (U.S. DOE, 2007) |
| DTX194 | | | | 402,F,NSW | Technologies for Producing Transportation Fuels, Chemicals, Synthetic Natural Gas and Electricity from the Gasification of Kentucky Coal (University of Kentucky Center for Applied Energy Research, 2007) |
| DTX195 | | | | 402,F,NSW | Substitute Natural Gas (SNG), (ConocoPhillips, 2006) |
| DTX196 | | | | | WITHDRAWN |
| DTX197 | | | | | WITHDRAWN |
| DTX198 | | | | | WITHDRAWN |
| DTX199 | | | | | WITHDRAWN |
| DTX200 | | | | | WITHDRAWN |
| DTX201 | | | | | WITHDRAWN |
| DTX202 | | | | | WITHDRAWN |
| DTX203 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX204 | | | | | WITHDRAWN |
| DTX205 | | | | | WITHDRAWN |
| DTX206 | | | | | WITHDRAWN |
| DTX207 | | | | | WITHDRAWN |
| DTX208 | | | | | WITHDRAWN |
| DTX209 | | | | | WITHDRAWN |
| DTX210 | | | | | WITHDRAWN |
| DTX211 | | | | | WITHDRAWN |
| DTX212 | | | | 402,F,NSW | Siemens Excel regarding 500 MWth Shipping Weights and Dimensions |
| DTX213 | | | | | WITHDRAWN |
| DTX214 | | | | | WITHDRAWN |
| DTX215 | | | | | WITHDRAWN |
| DTX216 | | | | | WITHDRAWN |
| DTX217 | | | | | WITHDRAWN |
| DTX218 | | | | | WITHDRAWN |
| DTX219 | | | | | WITHDRAWN |
| DTX220 | | | | | WITHDRAWN |
| DTX221 | | | | | WITHDRAWN |
| DTX222 | | | | | WITHDRAWN |
| DTX223 | | | | | WITHDRAWN |
| DTX224 | | | | | WITHDRAWN |
| DTX225 | | | | | WITHDRAWN |
| DTX226 | | | | | WITHDRAWN |
| DTX227 | | | | | WITHDRAWN |
| DTX228 | | | | | WITHDRAWN |
| DTX229 | | | | | WITHDRAWN |
| DTX230 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX231 | | | | | WITHDRAWN |
| DTX232 | | | | | WITHDRAWN |
| DTX233 | | | | | WITHDRAWN |
| DTX234 | | | | | WITHDRAWN |
| DTX235 | | | | | WITHDRAWN |
| DTX236 | | | | | WITHDRAWN |
| DTX237 | | | | | WITHDRAWN |
| DTX238 | | | | | WITHDRAWN |
| DTX239 | | | | | WITHDRAWN |
| DTX240 | | | | | WITHDRAWN |
| DTX241 | | | | | WITHDRAWN |
| DTX242 | | | | | WITHDRAWN |
| DTX243 | | | | | WITHDRAWN |
| DTX244 | | | | | WITHDRAWN |
| DTX245 | | | | | WITHDRAWN |
| DTX246 | | | | | WITHDRAWN |
| DTX247 | | | | | WITHDRAWN |
| DTX248 | | | | | WITHDRAWN |
| DTX249 | | | | | WITHDRAWN |
| DTX250 | | | | | Secure Energy, Inc. Coal to SNG diagram; Gasifier - Line 1 |
| DTX251 | | | | | WITHDRAWN |
| DTX252 | | | | | WITHDRAWN |
| DTX253 | | | | | WITHDRAWN |
| DTX254 | | | | | WITHDRAWN |
| DTX255 | | | | | WITHDRAWN |
| DTX256 | | | | | WITHDRAWN |
| DTX257 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX258 | | | | | WITHDRAWN |
| DTX259 | | | | | WITHDRAWN |
| DTX260 | | | | | WITHDRAWN |
| DTX261 | | | | | WITHDRAWN |
| DTX262 | | | | | WITHDRAWN |
| DTX263 | | | | | WITHDRAWN |
| DTX264 | | | | | WITHDRAWN |
| DTX265 | | | | 402 | Correspondence with Adani |
| DTX266 | | | | | WITHDRAWN |
| DTX267 | | | | | WITHDRAWN |
| DTX268 | | | | | WITHDRAWN |
| DTX269 | | | | | WITHDRAWN |
| DTX270 | | | | | WITHDRAWN |
| DTX271 | | | | | WITHDRAWN |
| DTX272 | | | | | WITHDRAWN |
| DTX273 | | | | | WITHDRAWN |
| DTX274 | | | | | WITHDRAWN |
| DTX275 | | | | | WITHDRAWN |
| DTX276 | | | | | WITHDRAWN |
| DTX277 | | | | | WITHDRAWN |
| DTX278 | | | | | WITHDRAWN |
| DTX279 | | | | | WITHDRAWN |
| DTX280 | | | | | WITHDRAWN |
| DTX281 | | | | | WITHDRAWN |
| DTX282 | | | | | WITHDRAWN |
| DTX283 | | | | | WITHDRAWN |
| DTX284 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX285 | | | | | WITHDRAWN |
| DTX286 | | | | | WITHDRAWN |
| DTX287 | | | | | WITHDRAWN |
| DTX288 | | | | | WITHDRAWN |
| DTX289 | | | | | WITHDRAWN |
| DTX290 | | | | | WITHDRAWN |
| DTX291 | | | | | WITHDRAWN |
| DTX292 | | | | | WITHDRAWN |
| DTX293 | | | | | WITHDRAWN |
| DTX294 | | | | | WITHDRAWN |
| DTX295 | | | | | WITHDRAWN |
| DTX296 | | | | | WITHDRAWN |
| DTX297 | | | | | WITHDRAWN |
| DTX298 | | | | | WITHDRAWN |
| DTX299 | | | | | WITHDRAWN |
| DTX300 | | | | | WITHDRAWN |
| DTX301 | | | | | WITHDRAWN |
| DTX302 | | | | | WITHDRAWN |
| DTX303 | | | | | Spreadsheet re Secure Energy Decatur, Illinois-Coal to Natural Gas Project Financial Forecast |
| DTX304 | | | | 402,403,801,NSW | SEC opinion re Anti-fraud in the matter of John J. Kenny and Nicolson/Kenny Capital Management |
| DTX305 | | | | 402,403,801,NSW | John J. Kenny, Nicholson Kenny Capital Management v. SEC; US. Court of Appeals for the Eighth Circuit |
| DTX306 | | | | 402,403,801,NSW | Article titled Project Expert has History with SEC by Tony Reid |
| DTX307 | | | | | WITHDRAWN |
| DTX308 | | | | | Draft advertisement for Siemens SFG 500 Gasification Equipment |
| DTX309 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| DTX310 | | | | | WITHDRAWN |
| DTX311 | | | | | Email from Michael Cherba to James Daire et al. re Siemens expert inspection of Secure Energy gasifiers and feeding vessels with attached photos |
| DTX312 | | | | | Email from James Daire to Michael Cherba re crated equipment inspection |
| DTX313 | | | | | Email from Michael Cherba to James Daire et al. re crated equipment inspection |
| DTX314 | | | | | Stephen D. Jenkins CV |
| DTX315 | | | | | MidAmerica C2L Incorporated and Secure Energy Complaint against Siemens Energy filed in Circuit Court of the 20th Judicial Circuit, St. Clair County, Illinois |
| DTX316 | | | | | First Amended Complaint and Demand for Jury Trial, Case No. 6:17-cv-171-Orl-18KRS, U.S. District Court, Middle District of Florida, Orlando Division |
| DTX317 | | | | | Order regarding the parties Summary Judgment motions |
| DTX318 | | | | | Judgment regarding Defendant's Summary Judgment motion |
| DTX319 | | | | | Order regarding Defendant's Summary Judgment motion |
| DTX320 | | | | | Judgment for Siemens |
| DTX321 | | | | | Siemens Contract Review Notes by Y. Oncu |
| DTX322 | | | | | E-mail from Harry Morehead to Lars Scott re: Draft Term Sheet - Gasifier Remarketing |
| DTX323 | | | | | PowerPoint of investor presentation by Houlihan Lokey, MidAmerica C2L and UBS |
| DTX324 | | | | | Secure Energy Incorporated and Subsidiaries, Consolidated Financial Statements ending December 31, 2016 and 2015 |

| | | | | | |
|---|---|---|---|---|---|
| DTX325 | | | | | Secure Energy Incorporated and Subsidiaries, Consolidated Financial Statements ending December 31, 2017 and 2016 |