**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIDAMERICA C2L INCORPORATED, a
Nevada corporation; and SECURE ENERGY,
INC., a Nevada corporation,

        Plaintiffs/Counter-Defendants,        Case No. 6:17-cv-171-Orl-40LRH

v.

SIEMENS ENERGY, INC. a Delaware
Corporation,

        Defendant/Counter-Plaintiff.

_____/

**JOINT MOTION FOR AUTHORIZATION TO BRING ELECTRONIC**
**EQUIPMENT INTO THE COURTHOUSE**

    Plaintiffs/Counter-Defendants MidAmerica C2L Incorporated and Secure Energy Inc., ("C2L") together with Defendant/Counter-Plaintiff, Siemens Energy, Inc. ("Siemens") (collectively, "the Parties"), respectfully move this Court for authorization to bring, as specified below, certain electronic equipment into the Courthouse, and states as follows:

    1.    The Court set a Pre-Trial Conference for January 24, 2020 at 2:30 p.m.

    2.    Counsel for Siemens anticipates that their presentation and argument will include reference to deposition testimony, exhibits and slides. In order to assist in that presentation, Siemens and its counsel will utilize the services of Eric Berglund and request permission to bring two laptops and one monitor into the Courthouse for use in presenting its arguments.

3. Siemens' counsel, Jonah Mitchell and Adaline Hilgard will also utilize their laptops during the hearing.

4. Counsel for C2L, Robert Devereux, as well as the C2L's client representative, Jack Kenny, will also use laptops during the hearing.

5. Counsel represents that its use of the foregoing equipment will at all times be consistent with the Court's expectations of decorum.

6. Accordingly, the Parties respectfully request that the Court enter an order providing that, in connection with the hearing scheduled for Friday, January 24, 2020 at 2:30 p.m. Eric Berglund, Siemens' counsel (Jonah Mitchell and Adaline Hilgard), C2L's counsel (Robert L. Devereux), and C2L's client representative (Jack Kenny), shall be permitted to bring the foregoing electronic equipment into the George C. Young United States Courthouse Annex and Courtroom 4B.

## INCORPORATED MEMORANDUM OF LAW

The Court may grant counsel leave to bring laptop computers, cellular telephones and other electronic devices into the courthouse and courtroom. Local Rule 4.11(b); *cf. Kara v. Fla. Pub. Utils. Co.,* No. 3:06-cv-572, 2008 WL 345590, at *7 fn. 10 (M.D. Fla. Feb. 6, 2008); *Meszes v. Potter*, No. 3:04-cv-505, 2007 WL 4318947, at *5 (M.D. Fla. Nov. 28, 2007).

WHEREFORE, the Parties respectfully request that the Court enter an order providing that, in connection with the Pre-Trial Conference scheduled for 2:30 p.m. on January 24, 2020 in the George C. Young United States Courthouse Annex and Courtroom No. 4B:

a. Eric Berglund shall be permitted to bring two laptop computers, cables, surge protector and power supplies, and one monitor, and one cell phone;

b. Siemens' counsel, Jonah Mitchell and Adaline Hilgard, shall each be permitted to bring a laptop computer and a cell phone;

c. C2L's counsel, Robert Devereux, shall be permitted to bring a laptop computer and a cell phone; and

d. C2L's client representative, Jack Kenny, shall be permitted to bring a laptop computer and a cell phone.

Respectfully submitted this 22nd day of January 2020.

BY: */s/ Robert L. Devereux*
Robert L. Devereux, *admitted pro hac vice*
7701 Forsyth Blvd., Suite 800
St. Louis, Missouri 63105-3907
Phone:   (314) 726-1000
Fax:       (314) 725-6592
Email: rdevereux@dmfirm.com

and

Walter A. Ketcham, Jr.
Florida Bar No. 156630
Grower, Ketcham, Eide, Telan & Meltz, P.A.
901 North Lake Destiny Road, Suite 450
Maitland, FL 32751
Tel:  (407) 423-9545
Fax:  (407) 425-7104

Email: waketcham@growerketcham.com

*Attorneys for MidAmerica C2L Incorporated and Secure Energy Inc.*

*/s/ Jonah D. Mitchell*
Jonah D. Mitchell (admitted pro hac vice)
Adaline J. Hilgard (admitted pro hac vice)
Christopher J. Pulido (admitted pro hac vice)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94015-3659
Telephone:  415-543-8700
Facsimile:  415-391-8269
Email:       jmitchell@reedsmith.com
                  ahilgard@reedsmith.com
                  cpulido@reedsmith.com

and

Robert W. Thielhelm, Jr.
Florida Bar No. 889679
BAKER & HOSTETLER LLP
2300 SunTrust Center
200 South Orange Avenue
Orlando, Florida 32802
Telephone:  407-649-4000
Telecopier:  407-841-0168
Email:       rthielhelm@bakerlaw.com

*Attorneys for Siemens Energy, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2020, a true and correct copy of the foregoing was submitted to the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to the following listed counsel:

Robert L. Devereux
Jeffrey R. Schmitt
Danna McKitrick, P.C.
7701 Forsyth Blvd., Suite 800
St. Louise, MO 63106
Email: rdevereux@dmfirm.com
          jschmitt@dmfirm.com

Walter A. Ketcham, Jr.
Grower, Ketcham, Edie, Telan & Meltz, PA
P.O. Box 538065
Orlando, FL 32853-8065
Email: enotice@growerketcham.com

*/s/ Jonah D. Mitchell*
Jonah D. Mitchell