**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Final Pretrial Conference**

Case Number: 6:17-cv-171-Orl-40LRH

**SIEMENS ENERGY, INC.,**           Plaintiff's Counsel: Adaline Hilgard
                                                          Robert Thielhelm
          **Plaintiff,**                                  Jonah Mitchell

v.

**MIDAMERICA C2L INCORPORATED**     Defense Counsel: Robert Devereux
**and SECURE ENERGY, INC.,**

          **Defendants.**

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | January 24, 2020 | Time: | 2:27 PM – 3:09 PM TOTAL: 42 minutes |

Case called. Appearances taken.

The Court discusses the Motion in Limine (Doc. 230) with the parties. The motion is granted.

The Court discusses the Motion in Limine (Doc. 172) with the parties. The motion is denied in part and deferred in part.

Estimated length of trial: 3-4 days

The Court sets the case for trial on March 2, 2020 at 9:00 AM.

Defendants shall file amended deposition designations by February 17th. Plaintiff shall file their objections and counter-designations by February 19th. Defendants' objections to counter-designations are due by February 24th.

Plaintiff shall advise the Court by February 17th if their overseas witnesses will be appearing in-person or if their depositions will be played at trial.

Court is adjourned.