UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIDAMERICA C2L INCORPORATED, a Nevada corporation; and SECURE ENERGY, INC., a Nevada corporation,<br><br>        Plaintiffs/Counter-Defendants,<br><br>v.<br><br>SIEMENS ENERGY, INC., a Delaware corporation,<br><br>        Defendant/Counter-Plaintiff. | Case No. 6:17-cv-171-Orl-40LRH |

### SIEMENS ENERGY, INC.'S NOTICE OF WITNESS AVAILABILITY

Pursuant to the Civil Pretrial Order (Doc. 237), Siemens Energy, Inc. ("Siemens") hereby notifies the Court and MidAmerica C2L Incorporated that Rolf Ruesseler and Guido Schuld, who both reside in Germany, will be presented live at trial.  Mr. Schuld will be present and available from March 2 through Wednesday, March 4 until 4:00 p.m.  Mr. Ruesseler will be available through the duration of the trial.  In addition, Siemens provides notice that Mr. Harry Morehead will be available March 2 through March 4, but will not be available on March 5.

Dated:  February 18, 2020

                                              Respectfully submitted,

By:   */s/ Jonah D. Mitchell*
           Robert W. Thielhelm, Jr.
           Florida Bar No. 889679
           P. Alexander Quimby

Florida Bar No. 099954
**Baker & Hostetler LLP**
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: rthielhelm@bakerlaw.com
Email: aquimby@bakerlaw.com

Scott D. Baker (admitted pro hac vice)
Jonah Mitchell (admitted pro hac vice)
Adaline J. Hilgard (admitted pro hac vice)
Christopher J. Pulido (admitted pro hac vice)
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: 415.543.8700
Facsimile: 415.391.8269
Email:  sbaker@reedsmith.com
Email:  jmitchell@reedsmith.com
Email:  ahilgard@reedsmith.com
Email:  cpulido@reedsmith.com

*Counsel for Siemens Energy, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2020, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following listed counsel:

Michael R. Cherba
Robert L. Devereux
Jeffrey R. Schmitt
**Danna McKitrick, P.C.**
7701 Forsyth Blvd., Suite 800
St Louis, MO 63105
Telephone: (314) 726-1000
Fax: (314) 725-6592
Email: mcherba@dmfirm.com
Email: rdevereux@dmfirm.com
Email: jschmitt@dmfirm.com

Walter A. Ketcham , Jr.
**Grower, Ketcham, Eide, Telan & Meltz, PA**
901 N Lake Destiny Rd., Suite 450
PO Box 538065
Orlando, FL 32853-8065
Telephone: (407) 423-9545
Fax: (407) 425-7104
Email: enotice@growerketcham.com

DATED: February 18, 2020.

*/s/ Jonah D. Mitchell*
Jonah D. Mitchell