UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MIDAMERICA C2L INCORPORATED, a Nevada corporation; and SECURE ENERGY, INC., a Nevada corporation,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>SIEMENS ENERGY, INC., a Delaware corporation,<br><br>    Defendant/Counter-Plaintiff. | Case No. 6:17-cv-171-Orl-40LRH |

## AMENDED DEPOSITION DESIGNATIONS AND OBJECTIONS

Pursuant to the Court's January 24, 2020 Civil Pretrial Order [Dkt. No. 237], Siemens Energy, Inc. ("Siemens") hereby submits Amended Deposition Designations and Objections for Siemens and MidAmerica C2L Incorporated ("C2L"), which are attached hereto as **Exhibit A**.

Dated:  February 21, 2020

                                                 Respectfully submitted,

By:   */s/ Jonah D. Mitchell*
        Robert W. Thielhelm, Jr.
        Florida Bar No. 889679
        **Baker & Hostetler LLP**
        SunTrust Center, Suite 2300
        200 South Orange Avenue
        Orlando, FL 32801-3432
        Telephone: 407.649.4000
        Facsimile: 407.841.0168
        Email: rthielhelm@bakerlaw.com

- 2 -

Scott D. Baker (admitted pro hac vice)
Jonah Mitchell (admitted pro hac vice)
Adaline J. Hilgard (admitted pro hac vice)
Christopher J. Pulido (admitted pro hac vice)
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: 415.543.8700
Facsimile: 415.391.8269
Email:  sbaker@reedsmith.com
Email:  jmitchell@reedsmith.com
Email:  ahilgard@reedsmith.com
Email:  cpulido@reedsmith.com

*Counsel for Siemens Energy, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 21, 2020 a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following listed counsel:

Robert L. Devereux
Jeffrey R. Schmitt
**Danna McKitrick, P.C.**
7701 Forsyth Blvd., Suite 800
St Louis, MO 63105
Telephone: (314) 726-1000
Fax: (314) 725-6592
Email: rdevereux@dmfirm.com
Email: jschmitt@dmfirm.com

Walter A. Ketcham , Jr.
**Grower, Ketcham, Eide, Telan & Meltz, PA**
901 N Lake Destiny Rd., Suite 450
PO Box 538065
Orlando, FL 32853-8065
Telephone: (407) 423-9545
Fax: (407) 425-7104
Email: enotice@growerketcham.com

      DATED:  February 21, 2020.

      */s/ Jonah D. Mitchell*
      Jonah D. Mitchell