# EXHIBIT A

Case 6:17-cv-00171-PGB-LRH   Document 241-1   Filed 02/21/20   Page 2 of 4 PageID 12008

Siemens Energy, Inc. and MidAmerica C2L et. al. Designation of Deposition Testimony
*Siemens Energy, Inc. v. Midamerica C2l, Inc. et al.*
Case No. 6:17-cv-171-Orl-40-LRH

## Abbreviations for Objections

| Abbreviation | Objections |
|---:|---|
| **General Objections** | |
| 402 | Relevance |
| 403 | More prejudicial than probative |
| 408 | Settlement communications |
| 501 | Privilege |
| 601 | Competency to Testify in General |
| 602 | Lack of Personal Knowledge |
| 604 | Uncertified translation; *see e.g. Ulysse v. Waste Mgmt. of Fla.*, 2013 WL 12177351, at *2 (S.D. Fla. Sept. 9, 2013), report and recommendation adopted in part, No. 11-CV-80723, 2013 WL 12177852 (S.D. Fla. Oct. 29, 2013). |
| 701 | Improper testimony by law witness |
| 702 | Improper expert testimony |
| 801 | Hearsay |
| 901 | Not authenticated |
| BE | Best Evidence Rule violation |
| DESC | Inadequate, misleading, or improper description |
| DNM | Exhibit does not match description |
| DUP | Duplicate exhibit |
| F | Lacks foundation |
| NB | No bates |
| NSW | No sponsoring witness |
| IS | Improper sponsoring witness |
| NFWP | Document never produced |
| PER | Violates Parol Evidence Rule |
| S | Beyond the scope of the 30(b)(6) notice |
| **Prior Orders [Docs 188, 203]** | Subject to the Court's prior Orders at Dkt. No. 188 & Dkt No. 203 |
| MIL | Subject to Siemen's Motions *in Limine* at Dkt. No. 230 |
| **Form Objections** | |
| A | Assuming facts not in evidence |
| AA | Asked and answered |
| ARG | Argumentative |
| C | Compound |
| L | Leading |
| LC | Calls for legal conclusion |
| M | Misstates the testimony |
| SPEC | Speculation |
| V | Vague |

Siemens Energy, Inc. and MidAmerica C2L et. al. Designation of Deposition Testimony
*Siemens Energy, Inc. v. Midamerica C2l, Inc. et al.*
Case No. 6:17-cv-171-Orl-40-LRH

## HANNEMANN, FRANK – DECEMBER 11-12, 2018

### Siemens' Deposition Designations for Frank Hannemann

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| 9:19 | 10:6 | |
| 14:8 | 14:15 | |
| 14:20 | 17:21 | |
| 18:2 | 19:18 | |
| 25:9 | 25:21 | |
| 25:22 | 26:13 | |
| 26:17 | 26:18 | |
| 27:2 | 27:10 | |
| 28:10 | 29:8 | |
| 29:14 | 30:3 | |
| 131:5 | 132:21 | |
| 133:2 | 133:5 | |
| 197:6 | 197:11 | |

## HANNEMANN, FRANK – DECEMBER 11-12, 2018

### Mid-America's Deposition Designations for Frank Hannemann

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| 17:16 | 17:23 | |
| 18:2 | 18:5 | |
| 131:5 | 132:21 | |
| 135:6 | 135:8 | |
| 135:17 | 135:21 | |
| 152:20 | 153:17 | 402; 403; irrelevant as to time and confusing and misleading (questioning relates to Sustec employees being employed by Siemens "today" – i.e., as of the date of the deposition in December 2018, after Siemens closed its gasification division (Doc. 218 at 14, #21), and not the relevant time period of February to April 2016) |
| 345:6 | 345:17 | 402; 403; irrelevant as to time and confusing and misleading (questioning relates to whether anybody "currently" employed by SFGT and whether Siemens will engage in coal gasification "in the near future" – i.e., as of the date of the deposition in December 2018, after Siemens closed its gasification division |

Siemens Energy, Inc. and MidAmerica C2L et. al. Designation of Deposition Testimony
*Siemens Energy, Inc. v. Midamerica C2l, Inc. et al.*
Case No. 6:17-cv-171-Orl-40-LRH

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| | | (Doc. 218 at 14, #21), and not the relevant time period of February to April 2016) |

### HANNEMANN, FRANK- DECEMBER 11-12, 2018
### Siemens' Deposition Counter-Designations for Frank Hannemann

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| 9:19 | 10:6 | |
| 14:8 | 14:15 | |
| 14:20 | 17:21 | |
| 18:2 | 19:18 | |
| 25:9 | 25:21 | |
| 25:22 | 26:13 | |
| 26:17 | 26:18 | |
| 27:2 | 27:10 | |
| 28:10 | 29:8 | |
| 29:14 | 30:3 | |
| 131:5 | 132:21 | |
| 133:2 | 133:5 | |
| 197:6 | 197:11 | |
| 345:18 | 345:21 | |