**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **SIEMENS ENERGY, INC.**, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 6:17-CV-171-Orl-40-LRH |
| **MIDAMERICA C2L INC., et al.**, | ) |
| Defendant. | ) |

## DEFENDANTS' REVISED EXHIBIT LIST

Attached hereto as Exhibit "A" is Defendant, MidAmerica C2L, Inc. and Secure Energy, Inc.'s Revised Exhibit List. This amends MidAmerica C2L, Inc. and Secure Energy, Inc.'s List that was previously filed as Docket Number 218-3 as an attachment to the Joint Pre-Trial Statement filed at Docket Number 218.

Respectfully submitted,

**DANNA McKITRICK, P.C.**

Date: February 26, 2020           BY:   /s/ Robert L. Devereux
**Robert L. Devereux**, admitted pro hac vice
**Jeffrey R. Schmitt**, admitted pro hac vice
7701 Forsyth Blvd., Suite 800
St. Louis, Missouri  63105-3907
Telephone: (314) 726-1000
Facsimile: (314) 725-6592
E-Mail:  rdevereux@dmfirm.com
            jschmitt@dmfirm.com

and

Walter A. Ketcham, Jr.
Florida Bar No. 156630
Grower, Ketcham, Eide, Telan & Meltz, P.A.
901 N. Lake Destiny Rd., Suite 450
Maitland, Florida  32751
Telephone: (407) 423-9545
Facsimile: (407) 425-7104
E-Mail: waketcham@growerketcham.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 26th day of February, 2020 a true and accurate copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

**Jonah D. Mitchell**
E-Mail: jmitchell@reedsmith.com
**Adaline J. Hilgard**
Email: ahilgard@reedsmith.com
**Christopher J. Pulido**
E-Mail: cpulido@reedsmith.com
Reed Smith, LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659

**ATTORNEYS FOR PLAINTIFF
SIEMENS ENERGY, INC.**

**P. Alexander Quimby**
E-Mail: aquimby@bakerlaw.com
**Robert W. Thielhelm**
E-Mail: rthielhelm@bakerlaw.com
Baker & Hostetler, LLP
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, FL  32802


       /s/ Robert L. Devereux

DocID:  4848-1403-9222, v. 14848-1403-9222, v. 1


4848-1403-9222, v. 1