**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **SIEMENS ENERGY, INC.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | Case No. 6:17-CV-171-Orl-40-LRH |
| | ) | |
| **MIDAMERICA C2L INC., et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

# EXHIBIT A



# REVISED TRIAL EXHIBIT LIST

___ **PLAINTIFF/**     _X_  **DEFENDANT/**     ___ **JOINT**

___ **GOVERNMENT**     ___ **COURT**

**CASE NO.**    **6:17-CV-00171-ORL-40-LRH**

**STYLE:**    **SIEMENS ENERGY, INC. V. MIDAMERICA C2L, INC. ET AL.**

Defendants MidAmerica C2L, Inc. and Secure Energy, Inc. submit the following exhibits are intended to be used at the trail:

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| **DTX6-1** | | | | **A** | 2007 Memorandum of Understanding |
| **DTX7** | | | | **402, 403 PRIOR ORDERS (DOCS 188, 203)** | Drawing # CHN822-2007-200, NCPP Gasifier Project Layout |
| **DTX10** | | | | **402, 403, NFWP** | Ledger of Secure Energy Payments to Siemens |
| **DTX29-3** | | | | **402, 403 PRIOR ORDERS (DOCS 188, 203)** | Oct. 7, 2011, Correspondence from Guido Schuld to Yao Min |
| **DTX33** | | | | **402, 403 PRIOR ORDERS (DOCS 188, 203)** | Mar. 30, 2012, E-Mail & Attachments |

[1]    Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

| | | | | | |
|---|---|---|---|---|---|
| **DTX36** | | | | **402, 403** | Mar. 2, 2012, Table re: Main Modifications between NCPP & SNCG CTL Projects |
| **DTX38** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Aug. 8 - 9, 2012, E-Mails |
| **DTX39** | | | | **402, 403 PRIOR ORDERS (DOCS 188, 203)** | Oct. 17 - 22, 2012, E-Mails & Attachment |
| **DTX48-1** | | | | **402, 403, 604, 801, F PRIOR ORDERS (DOCS 188, 203)** | Apr. 15, 2014, E-Mail & Letter |
| **DTX50** | | | | **A** | Nov. 22, 2012, Siemens TLoA for MidAmerica C2L Project |
| **DTX51** | | | | **A** | Oct. 22 - 25, 2012, E-Mails |
| **DTX53** | | | | **A** | Feb. 2 - 5, 2016, E-Mails |
| **DTX60** | | | | **A** | Apr. 7 - 8, 2016, E-Mail |
| **DTX61** | | | | **402, 403, 801** | May 5, 2016, Letter |
| **DTX68** | | | | **A** | June 7, 2013, Letter |
| **DTX69** | | | | **A** | Presentation – SIEMENS_DEU_0030137 |
| **DTX69-1** | | | | **A** | May 3, 2013, E-Mails & Attachment |

| | | | | | |
|---|---|---|---|---|---|
| **DTX69-2** | | | | **A** | June 5, 2013, E-Mails, Draft Correspondence & Presentation |
| **DTX75** | | | | **A** | Nov. 8 - 9, 2012, E-Mails & Meeting Minutes |
| **DTX76** | | | | **402, 403, 602, 604, F, PRIOR ORDERS (DOCS 188, 203)** | Feb. 10 - 13, 2012, E-Mails |
| **DTX78** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Oct. 16 - 18, 2012, E-Mails |
| **DTX87-3** | | | | **A** | June 23, 2012, Illustration – SIEMENS_DEU_0498727 |
| **DTX90** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept. 27, 2016, Presentation |
| **DTX91** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | May 7, 2015 - Apr. 3, 2017, E-Mails |
| **DTX91-1** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | May 7, 2015 - Apr. 3, 2017, E-Mails |
| **DTX92** | | | | **A** | Nov. 30 - Dec. 2, 2016, E-Mails |
| **DTX97** | | | | **A** | July 21 - Aug. 4, 2015, E-Mails |

| | | | | | |
|---|---|---|---|---|---|
| **DTX98** | | | | **604** | Nov. 13, 2012, E-Mail & Spreadsheet |
| **DTX108** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Oct. 27, 2010, E-Mail |
| **DTX109** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Feb. 3, 2010, E-Mails |
| **DTX110** | | | | **A** | May 14 - 15, 2010, E-Mails |
| **DTX112-3** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Jan. 5 - 6, 2015, E-Mails |
| **DTX116** | | | | **604, F** | Dec. 10 - 16, 2012, E-Mails |
| **DTX131** | | | | **801, F, NFWP, PRIOR ORDERS (DOCS 188, 203)** | Aug. 30, 2005, Viper Mine Coal Analysis |
| **DTX132** | | | | **801, F, NFWP, PRIOR ORDERS (DOCS 188, 203)** | Feb. 24, 2014, Galatia Mine Coal Analysis |
| **DTX185** | | | | **A** | Feb. 5, 2008, Siemens' Basic Engineering Design Package for Secure Energy, consisting of 14 Volumes |
| **DTX190** | | | | **408, 801, PER, PRIOR ORDERS (DOCS 188, 203)** | Excerpt from Jack Kenny's handwritten notes - Feb. 2, 2016, telephone call with Rolf Rüsseler |

Defendants also submit the following exhibits.   These exhibits were previously provided by Defendant in its Pretrial filings.   Based upon the Court's rulings in this matter, Defendant does not presently intend to employ these exhibits at trial but reserves the right to use these exhibits in the event an issue is presented at trial that pertains to one of these exhibits:

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[2] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| DTX21 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | March 15, 2012, Presentation |
| DTX22 | | | | 402, 403, PER | E-Mails & Secure Energy Project Brief |
| DTX23 | | | | 402, 403, 801, NSW | SEC Complaint against Siemens |
| DTX24 | | | | 402, 403, 801, NSW | SEC Press Release # 2011-263 |
| DTX25 | | | | 402, 403 | Siemens Business Conduct Guidelines |
| DTX26 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | NCPP Monthly Executive Report, Fourth Quarter 2010 |

---

[2]    Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

| DTX26-1 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | NCPP Monthly Executive Report, Oct. 2010 |
|---|---|---|---|---|---|
| DTX27 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | Dec. 15, 2012, Presentation |
| DTX28 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | NCPP Monthly Executive Report, Dec. 2010 |
| DTX28-1 | | | | 402, 403, 801, F, NSW, PRIOR ORDERS (DOCS 188, 203) | Dec. 17, 2010, Letter # GSE-PMT-L-0157 |
| DTX28-2 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | Oct. 1, 2010, Contract for Repair of NCPP Filter Candles |
| DTX28-3 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | Jan. 7, 2011, Letter # PMT-GSE-L-0740 |
| DTX28-4 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | Jan. 17, 2011, Letter # PMT-GSE-L-0750 |
| DTX28-5 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | NCPP Expediting/Quality Report # 2011-005 |
| DTX28-6 | | | | 402, 403, PRIOR ORDERS (DOCS 188, 203) | NCPP Expediting/Quality Report # 2011-001 |

| | | | | | |
|---|---|---|---|---|---|
| **DTX28-7** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | NCPP Expediting/Quality Report # 2011-006 |
| **DTX28-8** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | NCPP Expediting/Quality Report # 2011-CS4-001 |
| **DTX28-9** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | May 8 - May 9, 2014, E-Mails |
| **DTX29** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Oct. 2011 Presentation to Gasification Technologies Conference |
| **DTX29-1** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Aug. 22, 2011, PowerPoint Presentation for Conference Call |
| **DTX29-2** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | NCPP Monthly Executive Report, Aug. 2011 |
| **DTX29-4** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Aug. 15, 2012, E-Mail & Presentation |
| **DTX29-5** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Aug. 23, 2012, Letter |
| **DTX30** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | NCPP Monthly Executive Report, Sep. 2011 |

| | | | | | |
|---|---|---|---|---|---|
| **DTX30-1** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept. 25 - 26, 2011, E-Mails |
| **DTX31** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | NCPP Monthly Executive Report, Feb. 2012 |
| **DTX32** | | | | **402, 403, 801, PRIOR ORDERS (DOCS 188, 203)** | Mar. 23, 2012, Siemens F-Division Interim Project Performance Report |
| **DTX34** | | | | **402, 403** | May 17, 2012, Presentation to Electric Power Conference & Exhibition |
| **DTX35** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | June 20, 2012, Letter # GSE-PMT-L-0236 |
| **DTX35-1** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | July 5, 2012, Presentation re: NCPP Project Workshop |
| **DTX36-1** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Mar. 21, 2012, Letter # GSE-PMT-L-0231 |
| **DTX40-1** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Aug. 28 - 29, 2012, E-Mails |
| **DTX40-2** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | SNCG CTL Monthly Executive Report, Oct. 2012 |

| | | | | | |
|---|---|---|---|---|---|
| **DTX40-3** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept. 5, 2012, E-Mail & Diagram |
| **DTX40-4** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept. 7, 2012, E-Mail & Diagrams |
| **DTX41** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Dec. 12, 2012, Presentation to Power-Gen Conference |
| **DTX41-1** | | | | **402, 403, 801, PRIOR ORDERS (DOCS 188, 203)** | May 6, 2013, E-Mails |
| **DTX41-2** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | May 2 - 6, 2013, E-Mails |
| **DTX42** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | NCPP Monthly Executive Report, Dec. 2012 |
| **DTX43** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Apr. 4, 2014, Product Strategies Review |
| **DTX44** | | | | **A** | July 19 - Aug. 16, 2013, E-Mails |
| **DTX45-1** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Feb. 17 - 19, 2013, E-Mails & Presentation |

| | | | | | |
|---|---|---|---|---|---|
| **DTX46** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Mar. 7, 2013, Presentation |
| **DTX47** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | July 10, 2013, NCPP Provisional Acceptance Certificate |
| **DTX48** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Apr. 23, 2014, Letter # SFE-NCL-L-0038 |
| **DTX62** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Memorandum of Understanding |
| **DTX63** | | | | **A** | Aug. 10, 2016, E-Mails [Note: Need from Plaintiffs to review.] |
| **DTX65** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept. 27, 2016, Presentation |
| **DTX67** | | | | **402, 403, INCOMPLETE, PRIOR ORDERS (DOCS 188, 203)** | Sept. 17, 2013, E-Mail |
| **DTX71** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept. 15 - 17, 2009, E-Mails |
| **DTX72** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Dec. 2, 2010, E-Mails |

| | | | | | |
|---|---|---|---|---|---|
| **DTX73** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Sept. 22 - 24, 2011, Inspection Report |
| **DTX79** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Oct. 18, 2012, E-Mail & Presentation |
| **DTX80** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Description of Potemkin Village |
| **DTX81** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Dec. 5, 2012, E-Mails |
| **DTX83** | | | | **402, 403, 801, PRIOR ORDERS (DOCS 188, 203)** | Aug. 7, 2013, Presentation |
| **DTX83-1** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | May 4, 2014, E-Mails |
| **DTX83-2** | | | | **402, 403, INCOMPLETE, PRIOR ORDERS (DOCS 188, 203)** | Feb. 17 - 18, 2014, E-Mails |
| **DTX84** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | NCPP Incident Report Spreadsheet |

| | | | | | |
|---|---|---|---|---|---|
| **DTX85** | | | | **402, 403, H, F, PRIOR ORDERS (DOCS 188, 203)** | July 16, 2013, Presentation |
| **DTX87** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | July 15, 2013, Presentation |
| **DTX87-1** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | May 2014 Presentation |
| **DTX87-6** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept. 27 - Oct. 2, 2012, E-Mails |
| **DTX87-8** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Aug. 27 - 28, 2013, E-Mails |
| **DTX88** | | | | **A** | Nov. 28, 2014 - Jan. 12, 2015, Product Requirement Specification for 5th Generation 500 MW Burner Development |
| **DTX93** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept 12, 2011, E-Mails |
| **DTX96** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Nov. 27 - 28, 2012, E-Mails |

| | | | | | |
|---|---|---|---|---|---|
| **DTX99** | | | | **604, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Jan. 7, 2014, E-Mail |
| **DTX100** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | May 6 - 7, 2014, E-Mails |
| **DTX100-1** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Nov. 30 - Dec. 5, 2014, E-Mails |
| **DTX101** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Nov. 9, 2010, E-Mails & Meeting Minutes |
| **DTX102** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | June 3, 2014, Management Summary |
| **DTX103-1** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Feb. 9, 2011, Letter # PMT-GSE-L-0786 & Attachments |
| **DTX103-2** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Feb. 11, 2011, Letter # PMT-GSE-L-0789 |
| **DTX103-3** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Feb. 14, 2011, Letter # PMT-GSE-L-0795 |
| **DTX103-4** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Feb. 14, 2011, E-Mails & Attachment |

| | | | | | |
|---|---|---|---|---|---|
| **DTX103-5** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Feb. 14, 2011, Inspection Report |
| **DTX103-6** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Mar. 10, 2011, Letter # PMT-GSE-L-0843 |
| **DTX103-8** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Mar. 15, 2011, Letter # PMT-GSE-L-0851 & Presentations |
| **DTX103-9** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Mar. 22, 2011, Letter # PMT-GSE-L-0866 |
| **DTX103-10** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Mar. 23, 2011, Letter # PMT-GSE-L-0867 & Attachments |
| **DTX103-11** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | July 1 - 7, 2011, Inspection Report |
| **DTX103-12** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Apr. 2, 2011, Letter # GSE-PMT-L-0191 |
| **DTX103-15** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | May 13, 2011, Letter # PMT-GSE-L-0923 |
| **DTX103-18** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | June 21, 2011, Technical Change Request |

| | | | | | |
|---|---|---|---|---|---|
| **DTX103-20** | | | | **402, 403, 601, PRIOR ORDERS (DOCS 188, 203)** | June 29 - July 4, 2011, E-Mails |
| **DTX103-22** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Feb. 8, 2012, Letter # GSE-PMT-L-0226 |
| **DTX103-24** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Apr. 27, 2012, Letter # PMT-GSE-L-1090 |
| **DTX103-26** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Nov. 2, 2012, Letter # PMT-GSE-L-1142 |
| **DTX103-27** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Sept. 7 - 9, 2013, E-Mails |
| **DTX103-28** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | June 20, 2014, Spreadsheet |
| **DTX103-29** | | | | **A** | July 9, 2014, Presentation |
| **DTX103-30** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Jan. 17, 2014, Presentation |
| **DTX104** | | | | **A** | Oct. 6, 2009, Presentation |
| **DTX105** | | | | **402, 403** | Oct. 23, 2018, Notice of Rule 30(b)(6) Deposition of Harry Morehead |

| | | | | | |
|---|---|---|---|---|---|
| **DTX105-1** | | | | **402, 403** | Oct. 23, 2018, Notice of Rule 30(b)(6) Deposition of Rolf Rüsseler |
| **DTX106** | | | | **A** | June 6, 2007, Presentation |
| **DTX107** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Monthly Executive Report, Jan. 2010 |
| **DTX111** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Mar. 2, 2010, Letter # PMT-GSE-L-0500 & Attachment |
| **DTX112-1** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Jan. 28, 2011, Letter # GSE-PMT-L-0164 & Attachment |
| **DTX112-2** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Mar. 12, 2011, Letter # GSE-PMT-L-0188 |
| **DTX113-1** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Mar. 28, 2011, Letter # PMT-GSE-L-0876 |
| **DTX113-3** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Oct. 1, 2011, E-Mails |
| **DTX114-1** | | | | **402, 402, 604, PRIOR ORDERS (DOCS 188, 203)** | Sept. 11 - 12, 2011, E-Mails |

| | | | | | |
|---|---|---|---|---|---|
| **DTX114-2** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Feb. 22, 2012, Letter # PMT-GSE-L-1058 & Attachment |
| **DTX114-3** | | | | **PRIOR ORDERS (DOCS 188, 203)** | Oct. 2012 Presentation |
| **DTX115-1** | | | | **402, 403, 604, PRIOR ORDERS (DOCS 188, 203)** | Sept. 13 - 15, 2011, E-Mails |
| **DTX115-2** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Apr. 2014, Presentation |
| **DTX117** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Apr. 16, 2007, NCPP Design Basis |
| **DTX118** | | | | **PRIOR ORDERS (DOCS 188, 203)** | Spreadsheet |
| **DTX119** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Aug. 12, 2013 - Dec. 10, 2014, E-Mails |
| **DTX120** | | | | **402, 403, INCOMPLETE, PRIOR ORDERS (DOCS 188, 203)** | Apr. 23 - May 26, 2014, E-Mails |
| **DTX121** | | | | **402, 403, 801, F, PRIOR ORDERS (DOCS 188, 203)** | July 15, 2013 - Dec. 10, 2014, Spreadsheet |

| | | | | | |
|---|---|---|---|---|---|
| **DTX122** | | | | **402, 801, PRIOR ORDERS (DOCS 188, 203)** | Jan. 2019 Document |
| **DTX123** | | | | **PRIOR ORDERS (DOCS 188, 203)** | Apr. 16, 2007, NCPP Process Performance Guarantee |
| **DTX124** | | | | **402, 403, NFWP, NB, PRIOR ORDERS (DOCS 188, 203)** | Oct. 2010 Brochure |
| **DTX126** | | | | **402, 403** | Jan. 29, 2019, Notice of Expert Witness Deposition of Stephen Jenkins |
| **DTX134** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Jan. 13, 2014, Letter # PMT-GSE-L-1178 |
| **DTX135** | | | | **PRIOR ORDERS (DOCS 188, 203)** | Siemens SWOT Analysis |
| **DTX136** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Oct. 1-4, 2006, Presentation |
| **DTX137** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Jan. 7, 2015, Presentation |
| **DTX138** | | | | **402, 403, 604, 801, F, PRIOR ORDERS (DOCS 188, 203)** | Aug. 20, 2013, E-Mails |

| | | | | | |
|---|---|---|---|---|---|
| **DTX139** | | | | **402, 403, PRIOR ORDERS (DOCS 188, 203)** | Nov. 15-22, 2012, E-Mails & Presentation |
| **DTX186** | | | | **A** | Data of Subcontractors/ Suppliers for Secure Energy Gasifier 1, Item No. R-23101 |
| **DTX187** | | | | **A** | Data of Subcontractors/ Suppliers for Secure Energy Gasifier 2, Item No. R-23201 |
| **DTX188** | | | | **A** | Data of Subcontractors/ Suppliers for Secure Energy Feeder Vessel, Item No. D-22105 |
| **DTX189** | | | | **A** | Data of Subcontractors/ Suppliers for Secure Energy Feeder Vessel, Item No. D-22205 |

4852-4420-9590, v. 1