# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **SIEMENS ENERGY, INC.**, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 6:17-CV-171-Orl-40-LRH |
| **MIDAMERICA C2L INC., et al.**, | ) |
| Defendant. | ) |

## MOTION FOR AUTHORIZATION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE FOR CORPORATE REPRESENTATIVES DURING TRIAL

Defendants MidAmerica C2L Incorporated and Secure Energy Inc., respectfully move this Court for authorization to bring, as specified below, certain electronic equipment into the Courthouse, and states as follows:

1. The Court set Trial for March 3, 2020 at 9:00 a.m. for a three to four-day Trial period.

2. Defendants' Corporate Representatives, Jack Kenny and Lars Scott anticipate that they will utilize and request permission to bring two laptops and cellular telephones into the Courtroom during the Trail.

3. Counsel represents that its use of the foregoing equipment will at all times be consistent with the Court's expectations of decorum.

4. Accordingly, the Parties respectfully request that the Court enter an order providing that, in connection with the Trial scheduled for March 2, 2020 at 9:00 a.m. that Defendants' Corporate Representatives Jack Kenny and Lars Scott, shall be permitted to bring the foregoing electronic equipment into the George C. Young United States Courthouse Annex and Courtroom 4B.

# INCORPORATION MEMORANDUM OF LAW

The Court may grant counsel leave to bring laptop computers, cellular telephones and other electronic devices into the courthouse and courtroom. Local Rule 4.11(b); *cf. Kara v. Fla. Pub. Utils. Co.,* No. 3:04-cv-505, 2007 WL 4318947, at *5 (M.D. Fla. Nov. 28, 2007)

WHEREFORE, the Parties respectfully request that the Court enter an order providing that, in connection with the Trial scheduled 9:00 a.m. on March 2, 2020 in the George C. Young United States Courthouse Annex and Courtroom No. 4B that the Corporate Representatives be allowed to bring their laptop computers and cellular telephones to the trial of this matter.

                                              Respectfully submitted,

                                              **DANNA McKITRICK, P.C.**

Date: February 27, 2020        BY:   /s/ Robert L. Devereux
                                                  **Robert L. Devereux**, admitted pro hac vice
                                                  **Jeffrey R. Schmitt**, admitted pro hac vice
                                                  7701 Forsyth Blvd., Suite 800
                                                  St. Louis, Missouri 63105-3907
                                                  Telephone: (314) 726-1000
                                                  Facsimile: (314) 725-6592
                                                  E-Mail: rdevereux@dmfirm.com
                                                                jschmitt@dmfirm.com

                                                  and

                                                  Walter A. Ketcham, Jr.
                                                  Florida Bar No. 156630
                                                  Grower, Ketcham, Eide, Telan & Meltz, P.A.
                                                  901 N. Lake Destiny Rd., Suite 450
                                                  Maitland, Florida 32751
                                                  Telephone: (407) 423-9545
                                                  Facsimile: (407) 425-7104
                                                  E-Mail: waketcham@growerketcham.com
                                                  **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 27th day of February, 2020 a true and accurate copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| **Jonah D. Mitchell**<br>E-Mail: jmitchell@reedsmith.com<br>**Adaline J. Hilgard**<br>Email: ahilgard@reedsmith.com<br>**Christopher J. Pulido**<br>E-Mail: cpulido@reedsmith.com<br>Reed Smith, LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659 | **P. Alexander Quimby**<br>E-Mail: aquimby@bakerlaw.com<br>**Robert W. Thielhelm**<br>E-Mail: rthielhelm@bakerlaw.com<br>Baker & Hostetler, LLP<br>2300 SunTrust Center<br>200 South Orange Avenue<br>Post Office Box 112<br>Orlando, FL 32802 |

**ATTORNEYS FOR PLAINTIFF**
**SIEMENS ENERGY, INC.**

           /s/ Robert L. Devereux

DocID: 4828-9101-3814, v. 14828-9101-3814, v. 1