IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **SIEMENS ENERGY, INC.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 6:17-CV-171-Orl-40-LRH |
| | ) |
| **MIDAMERICA C2L INC., et al.**, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT 2
# AMENDED SIEMENS' TRIAL EXHIBIT LIST



# EXHIBIT LIST

__X__ PLAINTIFF  ___ DEFENDANT  ___ JOINT

___ GOVERNMENT  ___ COURT

CASE NO. 6:17-CV-171-ORL-PGB-LRH

STYLE: SIEMENS ENERGY, INC. V. MIDAMERICA C2L, INC. ET AL.

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 001 |  |  |  |  | Secure Energy Incorporated Presentation to: Siemens |
| 002 |  |  |  |  | WITHDRAWN |
| 003 |  |  |  |  | Secure Energy Inc. Decatur Construction Plan |
| 004 |  |  |  |  | WITHDRAWN |
| 005 |  |  |  |  | WITHDRAWN |
| 006 |  |  |  |  | WITHDRAWN |
| 007 |  |  |  |  | WITHDRAWN |
| 008 |  |  |  |  | WITHDRAWN |
| 009 |  |  |  | 402 | Proposed Questions for Secure Energy Decatur, LLC Based on Part II materials and follow-up questions from Part I |
| 010 |  |  |  |  | WITHDRAWN |
| 011 |  |  |  |  | Secure Energy, Incorporated and Subsidiaries (A Development Stage Company) Consolidated Financial Statements, December 31, 2015 and 2014 |
| 012 |  |  |  |  | WITHDRAWN |
| 013 |  |  |  |  | WITHDRAWN |
| 014 |  |  |  |  | WITHDRAWN |
| 015 |  |  |  |  | E-mail from George Lamonettin to Jack Kenny re: Houlihan Lokey's 2010 Accomplishments |
| 016 |  |  |  |  | WITHDRAWN |
| 017 |  |  |  |  | WITHDRAWN |
| 018 |  |  |  |  | WITHDRAWN |
| 019 |  |  |  |  | WITHDRAWN |
| 020 |  |  |  |  | WITHDRAWN |
| 021 |  |  |  |  | WITHDRAWN |
| 022 |  |  |  |  | Siemens Gasification Service Customer Survey 2011 |
| 023 |  |  |  |  | WITHDRAWN |
| 024 |  |  |  |  | WITHDRAWN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 025 | | | | | 402 | Secure Energy Inc. Stockholder's Meeting |
| 026 | | | | | 402 | E-mail from Jack Kenny to Tom Goessling, Larry Luber, Chris Maloney, Gary Crull re: FW:Secure Energy Update |
| 027 | | | | | | WITHDRAWN |
| 028 | | | | | | WITHDRAWN |
| 029 | | | | | | WITHDRAWN |
| 030 | | | | | 402 | MidAmerica C2L Project Presentation |
| 031 | | | | | | WITHDRAWN |
| 032 | | | | | | WITHDRAWN |
| 033 | | | | | | WITHDRAWN |
| 034 | | | | | | WITHDRAWN |
| 035 | | | | | | WITHDRAWN |
| 036 | | | | | | WITHDRAWN |
| 037 | | | | | | WITHDRAWN |
| 038 | | | | | | Letter from Lars Scott at MidAmerica C2L, Inc. to Harry Morehead at Siemens re: Marketing Assistance Agreement - Possible Resale of Two 500 $MW_{th}$ SFG-500 gasifiers, two feeder vessels, and other related equipment and spare parts |
| 039 | | | | | | WITHDRAWN |
| 040 | | | | | | E-mail from Jack Kenny to Jake Foley III, Jack Kenny re: O.Z. & Leucadia; Incudes other email chains |
| 041 | | | | | | WITHDRAWN |
| 042 | | | | | | WITHDRAWN |
| 043 | | | | | | WITHDRAWN |
| 044 | | | | | | Secure Energy, RW Beck Phase 1 Documentation Request; Commercial Experience |
| 045 | | | | | | WITHDRAWN |
| 046 | | | | | | WITHDRAWN |
| 047 | | | | | | WITHDRAWN |
| 048 | | | | | | WITHDRAWN |
| 049 | | | | | | WITHDRAWN |
| 050 | | | | | | WITHDRAWN |
| 051 | | | | | | WITHDRAWN |
| 052 | | | | | | WITHDRAWN |
| 053 | | | | | | WITHDRAWN |
| 054 | | | | | | WITHDRAWN |
| 055 | | | | | | WITHDRAWN |
| 056 | | | | | | WITHDRAWN |
| 057 | | | | | | WITHDRAWN |
| 058 | | | | | | WITHDRAWN |
| 059 | | | | | | WITHDRAWN |
| 060 | | | | | | WITHDRAWN |
| 061 | | | | | | WITHDRAWN |
| 062 | | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| 063 | | | | | Lars Scott's LinkedIn profile |
| 064 | | | | | Letter from U.S. Department of Energy to Lars Scott re: Funding Opportunity Announcement No DE-FOA-00000015 - denial of NETL funding |
| 065 | | | | 402 | Letter from Lars Scott to U.S. Department of Energy re: Written request of Secure Energy, Inc. for information regarding our failure to be selected for an Award pursuant to Funding Opportunity Announcement No. DE-FOA 00000015 |
| 066 | | | | 402 | E-mail from Lars Scott to Cheri Hall re: Secure Energy ICCS Debriefing |
| 067 | | | | | WITHDRAWN |
| 068 | | | | | WITHDRAWN |
| 069 | | | | | WITHDRAWN |
| 070 | | | | 402,403 | E-mail from Gary Prager to Kevin Kulak re: Jack Kenny |
| 071 | | | | 402,403 | E-mail from Kevin Kulak to Jack Kenny and Lars Scott re: FW: Arc |
| 072 | | | | 402,403 | Secure Energy Inc. Memorandum re: Disclosure of certain legal proceedings |
| 073 | | | | | WITHDRAWN |
| 074 | | | | | WITHDRAWN |
| 075 | | | | | E-mail from Mark Confer to Jack Kenny, Guido Schuld, Rolf Ruesseler, Harry Morehead, George Lamonettin and Wolfgang Streer re: Secure Energy Update |
| 076 | | | | | WITHDRAWN |
| 077 | | | | | WITHDRAWN |
| 078 | | | | | WITHDRAWN |
| 079 | | | | | WITHDRAWN |
| 080 | | | | | WITHDRAWN |
| 081 | | | | 402 | E-mail between Tuck Hardie and Lars Scott re: draft budget |
| 082 | | | | | WITHDRAWN |
| 083 | | | | | WITHDRAWN |
| 084 | | | | | WITHDRAWN |
| 085 | | | | | WITHDRAWN |
| 086 | | | | | WITHDRAWN |
| 087 | | | | | WITHDRAWN |
| 088 | | | | | WITHDRAWN |
| 089 | | | | 402 | Secure Energy Inc. Paducah Project |
| 090 | | | | | WITHDRAWN |
| 091 | | | | | WITHDRAWN |
| 092 | | | | | WITHDRAWN |
| 093 | | | | | Independent Engineer's Report: Secure Energy Decatur Project |
| 094 | | | | | WITHDRAWN |
| 095 | | | | | WITHDRAWN |
| 096 | | | | | WITHDRAWN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 097 | | | | | | WITHDRAWN |
| 098 | | | | | | WITHDRAWN |
| 099 | | | | | | WITHDRAWN |
| 100 | | | | | | WITHDRAWN |
| 101 | | | | | | Bruce Schaller, Sega Meeting Minutes re: DOE Presentation - May 12, 2009 |
| 102 | | | | | 402 | Gasification Technologies Conference 2011 - October 9-12, San Francisco, CA |
| 103 | | | | | | WITHDRAWN |
| 104 | | | | | | WITHDRAWN |
| 105 | | | | | | WITHDRAWN |
| 106 | | | | | | WITHDRAWN |
| 107 | | | | | | WITHDRAWN |
| 108 | | | | | | WITHDRAWN |
| 109 | | | | | | WITHDRAWN |
| 110 | | | | | | WITHDRAWN |
| 111 | | | | | | Secure Energy, Inc. and Subsidiaries Consolidated Financial Statement for the period ending December 31, 2011 and 2010 |
| 112 | | | | | | WITHDRAWN |
| 113 | | | | | | WITHDRAWN |
| 114 | | | | | | Secure Energy Incorporated and Subsidiaries, Consolidated Financial Statements ending December 31, 2016 and 2015 |
| 115 | | | | | | WITHDRAWN |
| 116 | | | | | | WITHDRAWN |
| 117 | | | | | | WITHDRAWN |
| 118 | | | | | | WITHDRAWN |
| 119 | | | | | | Financial Statements and Independent Auditors' Report, Secure Energy, Inc. and Subsidiaries, December 31, 2008 and 2007 |
| 120 | | | | | | Financial Statements and Independent Auditors' Report, Secure Energy, Inc. and Subsidiaries, December 31, 2009 and 2008 |
| 121 | | | | | | Secure Energy, Inc. and Subsidiaries, Consolidated Financial Statements ending September 30, 2010 |
| 122 | | | | | | Secure Energy, Inc. and Subsidiaries, Consolidated Financial Statements ending December 31, 2012 and 2011 |
| 123 | | | | | | Secure Energy, Inc. and Subsidiaries, Consolidated Financial Statements ending December 31, 2014 and 2013 |
| 124 | | | | | | WITHDRAWN |
| 125 | | | | | | WITHDRAWN |
| 126 | | | | | | WITHDRAWN |
| 127 | | | | | | WITHDRAWN |
| 128 | | | | | | WITHDRAWN |

| # | | | | | |
|---|---|---|---|---|---|
| 129 | | | | | WITHDRAWN |
| 130 | | | | | WITHDRAWN |
| 131 | | | | | WITHDRAWN |
| 132 | | | | | WITHDRAWN |
| 133 | | | | | WITHDRAWN |
| 134 | | | | | Siemens Global Gasification and Integrated Gasification Combined Cycle Update, Harry Morehead, Manager, IGCC Marketing |
| 135 | | | | | WITHDRAWN |
| 136 | | | | | WITHDRAWN |
| 137 | | | | | WITHDRAWN |
| 138 | | | | | WITHDRAWN |
| 139 | | | | | WITHDRAWN |
| 140 | | | | | WITHDRAWN |
| 141 | | | | | WITHDRAWN |
| 142 | | | | | WITHDRAWN |
| 143 | | | | | WITHDRAWN |
| 144 | | | | 402 | Flow chart re Secure Energy |
| 145 | | | | | WITHDRAWN |
| 146 | | | | | WITHDRAWN |
| 147 | | | | | WITHDRAWN |
| 148 | | | | | WITHDRAWN |
| 149 | | | | | WITHDRAWN |
| 150 | | | | | WITHDRAWN |
| 151 | | | | | WITHDRAWN |
| 152 | | | | | WITHDRAWN |
| 153 | | | | | WITHDRAWN |
| 154 | | | | | WITHDRAWN |
| 155 | | | | | WITHDRAWN |
| 156 | | | | | WITHDRAWN |
| 157 | | | | | WITHDRAWN |
| 158 | | | | | WITHDRAWN |
| 159 | | | | | WITHDRAWN |
| 160 | | | | | WITHDRAWN |
| 161 | | | | 402,DESC | Letter from Jan Kollmus at Siemens to Cui Lin Lin at East China Engineering Science & Technology Co. RE: Revised Commercial Offer for the Supply of License, Engineering and Equipment for Sinarmas Coal to Methanol Project in South Kalimantan, Indonesia |
| 162 | | | | | WITHDRAWN |
| 163 | | | | | Plaintiffs' Objections And Answers To Defendant's First Set Of Requests For Admissions (Nos. 1-38) |
| 164 | | | | | WITHDRAWN |
| 165 | | | | | WITHDRAWN |
| 166 | | | | | WITHDRAWN |
| 167 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| 168 | | | | | WITHDRAWN |
| 169 | | | | | WITHDRAWN |
| 170 | | | | | WITHDRAWN |
| 171 | | | | | WITHDRAWN |
| 172 | | | | | WITHDRAWN |
| 173 | | | | | WITHDRAWN |
| 174 | | | | 402 | Jack Kenny notes titled November 2, 2015 thru January 27, 2016 and notes on telephone,call with Rolf |
| 175 | | | | 402 | Jack Kenny notes titled February 12, 2016 thru April 20, 2016 |
| 176 | | | | | WITHDRAWN |
| 177 | | | | | WITHDRAWN |
| 178 | | | | | WITHDRAWN |
| 179 | | | | | WITHDRAWN |
| 180 | | | | | WITHDRAWN |
| 181 | | | | | WITHDRAWN |
| 182 | | | | | WITHDRAWN |
| 183 | | | | | WITHDRAWN |
| 184 | | | | | WITHDRAWN |
| 185 | | | | | WITHDRAWN |
| 186 | | | | | WITHDRAWN |
| 187 | | | | | WITHDRAWN |
| 188 | | | | | WITHDRAWN |
| 189 | | | | | WITHDRAWN |
| 190 | | | | | WITHDRAWN |
| 191 | | | | | WITHDRAWN |
| 192 | | | | | WITHDRAWN |
| 193 | | | | | WITHDRAWN |
| 194 | | | | | WITHDRAWN |
| 195 | | | | | WITHDRAWN |
| 196 | | | | | WITHDRAWN |
| 197 | | | | | WITHDRAWN |
| 198 | | | | | WITHDRAWN |
| 199 | | | | | WITHDRAWN |
| 200 | | | | | WITHDRAWN |
| 201 | | | | | WITHDRAWN |
| 202 | | | | | WITHDRAWN |
| 203 | | | | | WITHDRAWN |
| 204 | | | | | WITHDRAWN |
| 205 | | | | | WITHDRAWN |
| 206 | | | | | WITHDRAWN |
| 207 | | | | | WITHDRAWN |
| 208 | | | | | WITHDRAWN |
| 209 | | | | | WITHDRAWN |
| 210 | | | | | WITHDRAWN |
| 211 | | | | | WITHDRAWN |
| 212 | | | | | WITHDRAWN |
| 213 | | | | | WITHDRAWN |
| 214 | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| 215 | | | | | WITHDRAWN |
| 216 | | | | | WITHDRAWN |
| 217 | | | | | WITHDRAWN |
| 218 | | | | | WITHDRAWN |
| 219 | | | | | WITHDRAWN |
| 220 | | | | | WITHDRAWN |
| 221 | | | | | WITHDRAWN |
| 222 | | | | | WITHDRAWN |
| 223 | | | | | WITHDRAWN |
| 224 | | | | | WITHDRAWN |
| 225 | | | | | WITHDRAWN |
| 226 | | | | | WITHDRAWN |
| 227 | | | | | WITHDRAWN |
| 228 | | | | | WITHDRAWN |
| 229 | | | | | WITHDRAWN |
| 230 | | | | | WITHDRAWN |
| 231 | | | | | WITHDRAWN |
| 232 | | | | | WITHDRAWN |
| 233 | | | | | WITHDRAWN |
| 234 | | | | | WITHDRAWN |
| 235 | | | | | WITHDRAWN |
| 236 | | | | | WITHDRAWN |
| 237 | | | | | WITHDRAWN |
| 238 | | | | | WITHDRAWN |
| 239 | | | | | WITHDRAWN |
| 240 | | | | | WITHDRAWN |
| 241 | | | | | WITHDRAWN |
| 242 | | | | | WITHDRAWN |
| 243 | | | | | WITHDRAWN |
| 244 | | | | | WITHDRAWN |
| 245 | | | | | WITHDRAWN |
| 246 | | | | | WITHDRAWN |
| 247 | | | | | WITHDRAWN |
| 248 | | | | | WITHDRAWN |
| 249 | | | | | WITHDRAWN |
| 250 | | | | | WITHDRAWN |
| 251 | | | | | WITHDRAWN |
| 252 | | | | | WITHDRAWN |
| 253 | | | | | WITHDRAWN |
| 254 | | | | | WITHDRAWN |
| 255 | | | | | WITHDRAWN |
| 256 | | | | | WITHDRAWN |
| 257 | | | | | WITHDRAWN |
| 258 | | | | | WITHDRAWN |
| 259 | | | | | WITHDRAWN |
| 260 | | | | | WITHDRAWN |
| 261 | | | | | WITHDRAWN |
| 262 | | | | | WITHDRAWN |
| 263 | | | | | WITHDRAWN |
| 264 | | | | | WITHDRAWN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 265 | | | | | 402 | Correspondence with Adani |
| 266 | | | | | | WITHDRAWN |
| 267 | | | | | | WITHDRAWN |
| 268 | | | | | | WITHDRAWN |
| 269 | | | | | | WITHDRAWN |
| 270 | | | | | | WITHDRAWN |
| 271 | | | | | | WITHDRAWN |
| 272 | | | | | | WITHDRAWN |
| 273 | | | | | | WITHDRAWN |
| 274 | | | | | | WITHDRAWN |
| 275 | | | | | | WITHDRAWN |
| 276 | | | | | | WITHDRAWN |
| 277 | | | | | | WITHDRAWN |
| 278 | | | | | | WITHDRAWN |
| 279 | | | | | | WITHDRAWN |
| 280 | | | | | | WITHDRAWN |
| 281 | | | | | | WITHDRAWN |
| 282 | | | | | | WITHDRAWN |
| 283 | | | | | | WITHDRAWN |
| 284 | | | | | | WITHDRAWN |
| 285 | | | | | | WITHDRAWN |
| 286 | | | | | | WITHDRAWN |
| 287 | | | | | | WITHDRAWN |
| 288 | | | | | | WITHDRAWN |
| 289 | | | | | | WITHDRAWN |
| 290 | | | | | | WITHDRAWN |
| 291 | | | | | | WITHDRAWN |
| 292 | | | | | | WITHDRAWN |
| 293 | | | | | | WITHDRAWN |
| 294 | | | | | | WITHDRAWN |
| 295 | | | | | | WITHDRAWN |
| 296 | | | | | | WITHDRAWN |
| 297 | | | | | | WITHDRAWN |
| 298 | | | | | | WITHDRAWN |
| 299 | | | | | | WITHDRAWN |
| 300 | | | | | | WITHDRAWN |
| 301 | | | | | | WITHDRAWN |
| 302 | | | | | | WITHDRAWN |
| 303 | | | | | | WITHDRAWN |
| 304 | | | | | 402,403,801,NSW | SEC opinion re Anti-fraud in the matter of John J. Kenny and Nicolson/Kenny Capital Management |
| 305 | | | | | 402,403,801,NSW | John J. Kenny, Nicholson Kenny Capital Management v. SEC; US. Court of Appeals for the Eighth Circuit |
| 306 | | | | | 402,403,801,NSW | Article titled Project Expert has History with SEC by Tony Reid |
| 307 | | | | | | WITHDRAWN |
| 308 | | | | | | Draft advertisement for Siemens SFG 500 Gasification Equipment |
| 309 | | | | | | WITHDRAWN |

| | | | | | |
|---|---|---|---|---|---|
| 310 | | | | | WITHDRAWN |
| 311 | | | | | Email from Michael Cherba to James Daire et al. re Siemens expert inspection of Secure Energy gasifiers and feeding vessels with attached photos |
| 312 | | | | | WITHDRAWN |
| 313 | | | | | WITHDRAWN |
| 314 | | | | | Stephen D. Jenkins CV |
| 315 | | | | | MidAmerica C2L Incorporated and Secure Energy Complaint against Siemens Energy filed in Circuit Court of the 20th Judicial Circuit, St. Clair County, Illinois |
| 316 | | | | | First Amended Complaint and Demand for Jury Trial, Case No. 6:17-cv-171-Orl-18KRS, U.S. District Court, Middle District of Florida, Orlando Division |
| 317 | | | | | Order regarding the parties Summary Judgment motions |
| 318 | | | | | Judgment regarding Defendant's Summary Judgment motion |
| 319 | | | | | Order regarding Defendant's Summary Judgment motion |
| 320 | | | | | Judgment for Siemens |
| 321 | | | | | WITHDRAWN |
| 322 | | | | | WITHDRAWN |
| 323 | | | | | PowerPoint of investor presentation by Houlihan Lokey, MidAmerica C2L and UBS |
| 324 | | | | | WITHDRAWN |
| 325 | | | | | Secure Energy Incorporated and Subsidiaries, Consolidated Financial Statements ending December 31, 2017 and 2016 |