IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| **SIEMENS ENERGY, INC.**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:17-CV-171-Orl-40-LRH |
| | ) | |
| **MIDAMERICA C2L INC., et al.**, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' WITNESS LIST

Defendants Secure Energy, Inc. and MidAmerica C2L, Inc. hereby disclose the following witnesses to be called at the trial of this matter:

### "A" List

Mr. John J. Kenny *Likely to be called*
Secure Energy, Inc.
c/o Robert L. Devereux, Esq.
Danna McKitrick, P.C.
7701 Forsyth Blvd., Ste. 800
St. Louis, MO 63105

Mr. Lars W. Scott *Likely to be called*
Secure Energy, Inc.
c/o Robert L. Devereux, Esq.
Danna McKitrick, P.C.
7701 Forsyth Blvd., Ste. 800
St. Louis, MO 63105

Mr. Frank Hannemann *Likely to be called*
Siemens AG
c/o Jonah D. Mitchell, Esq.
Reed Smith, LLP
101 Second St., Ste. 1800
San Francisco, CA 94105

| | |
|---|---|
| Mr. Harry T. Morehead<br>c/o Jonah D. Mitchell, Esq.<br>Reed Smith, LLP<br>101 Second St., Ste. 1800<br>San Francisco, CA   94105 | *Likely to be called* |
| Mr. Rolf Rüsseler<br>Siemens AG<br>c/o Jonah D. Mitchell, Esq.<br>Reed Smith, LLP<br>101 Second St., Ste. 1800<br>San Francisco, CA   94105 | *Likely to be called* |
| Mr. Guido Schuld<br>Siemens AG<br>c/o Jonah D. Mitchell, Esq.<br>Reed Smith, LLP<br>101 Second St., Ste. 1800<br>San Francisco, CA   94105 | *Likely to be called* |

### "B" List

| | |
|---|---|
| Mr. Ian Etzkin<br>Austin Industries, Inc.<br>2801 East 13th St.<br>LaPorte, TX   77571 | *May be called* |
| Mr. E. Thomas Goessling<br>706 Elm Tree Lane<br>St. Louis, MO   63122 | *May be called* |
| Mr. William H. Hardie<br>Houlihan Lokey<br>245 Park Ave., 20th Fl.<br>New York, NY   10167 | *May be called* |
| Jan Kollmus, Ph.D.<br>Air Liquide Global E&C Solutions Singapore PTE, LTD.<br>No 2 Venture Drive<br>#22-28, Vision Exchange<br>Singapore 608526 | *May be called* |
| Mr. Larry Luber<br>11576 New London Dr.<br>St. Louis, MO   63141 | *May be called* |

| | |
|---|---|
| Mr. Thomas Maramba<br>Fluor Corporation<br>1 Fluor Daniel Drive<br>Sugar Land, TX   77478 | *May be called* |
| Mr. Richard A. Navarre<br>c/o Secure Energy, Inc.<br>300 Hunter Ave., Ste. 100<br>St. Louis, MO   63124 | *May be called* |
| Max Sherman, Ph.D.<br>Kiewit Engineering Group, Inc.<br>9401 Renner Blvd.<br>Lenexa, KS   66219 | *May be called* |

                                Respectfully submitted,

                                **DANNA McKITRICK, P.C.**

Date: February 27, 2020        BY:    /s/ Robert L. Devereux
                                **Robert L. Devereux**, admitted pro hac vice
                                **Jeffrey R. Schmitt**, admitted pro hac vice
                                7701 Forsyth Blvd., Suite 800
                                St. Louis, Missouri   63105-3907
                                Telephone: (314) 726-1000
                                Facsimile: (314) 725-6592
                                E-Mail:  rdevereux@dmfirm.com
                                                jschmitt@dmfirm.com

                                and

                                Walter A. Ketcham, Jr.
                                Florida Bar No. 156630
                                Grower, Ketcham, Eide, Telan & Meltz, P.A.
                                901 N. Lake Destiny Rd., Suite 450
                                Maitland, Florida   32751
                                Telephone: (407) 423-9545
                                Facsimile: (407) 425-7104
                                E-Mail: waketcham@growerketcham.com

                                **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of February 2020, a true and accurate copy of the foregoing was served via e-mail upon the following:

| | |
|---|---|
| **Jonah D. Mitchell** <br> E-Mail: jmitchell@reedsmith.com <br> **Adaline J. Hilgard** <br> Email: ahilgard@reedsmith.com <br> **Christopher J. Pulido** <br> E-Mail: cpulido@reedsmith.com <br> Reed Smith, LLP <br> 101 Second Street, Suite 1800 <br> San Francisco, CA  94105-3659 <br><br> **ATTORNEYS FOR PLAINTIFF** <br> **SIEMENS ENERGY, INC.** | **P. Alexander Quimby** <br> E-Mail: aquimby@bakerlaw.com <br> **Robert W. Thielhelm** <br> E-Mail: rthielhelm@bakerlaw.com <br> Baker & Hostetler, LLP <br> 2300 SunTrust Center <br> 200 South Orange Avenue <br> Post Office Box 112 <br> Orlando, FL  32802 |

                 /s/ Robert L. Devereux

DocID: 4812-0431-9404, v. 1