# EXHIBIT A

**From:** Mitchell, Jonah <JMitchell@ReedSmith.com>
**Sent:** Tuesday, February 25, 2020 6:10 PM
**To:** zz-Siemens/MidAmerica-Secure (S)
**Cc:** Thielhelm, Robert
**Subject:** FW: Siemens Energy v. C2L

**From:** Devereux, Robert L. <rdevereux@DMFIRM.com>
**Sent:** Tuesday, February 25, 2020 3:09 PM
**To:** Mitchell, Jonah <JMitchell@ReedSmith.com>
**Subject:** RE: Siemens Energy v. C2L

EXTERNAL E-MAIL - From rdevereux@DMFIRM.com

Hi Jonah – I just got through everything. We will be identifying documents we intend to use and we will identify documents that may be used depending on what transpires at trial. I have spent a fair amount of time making sure we comply with the court's prior rulings but I am ever mindful of what the Judge indicated last spring when he said that if the documents are not on the party's list, those exhibits will not be admitted. I think the new list of what we intend to use is dwindled down to approximately 30. I will get the exhibits to you tomorrow. Thanks, Bo



**Robert L. Devereux**, *Principal*
7701 Forsyth Blvd.  |  Suite 800  |  St. Louis, MO 63105
**d:** 314.889.7119  |  **p:** 314.726.1000  |  **f:** 314.725.6592
www.dannamckitrick.com  |  bio  |  vcard

**From:** Mitchell, Jonah <JMitchell@ReedSmith.com>
**Sent:** Tuesday, February 25, 2020 4:56 PM
**To:** Devereux, Robert L. <rdevereux@DMFIRM.com>
**Cc:** zz-Siemens/MidAmerica-Secure (S) <rszz-SiemensMidAmerica-Secure@ReedSmith.com>; Rob Thielhelm (rthielhelm@bakerlaw.com) <rthielhelm@bakerlaw.com>
**Subject:** RE: Siemens Energy v. C2L

- ALERT: This email originated outside of DMPC -

Bo,

Where does this stand? We need to close this out. We're going to be forced to address it with the Court.

Thanks,
Jonah

1

**From:** Mitchell, Jonah <JMitchell@ReedSmith.com>
**Sent:** Friday, February 21, 2020 1:29 PM
**To:** Devereux, Robert L. <rdevereux@DMFIRM.com>
**Cc:** zz-Siemens/MidAmerica-Secure (S) <rszz-SiemensMidAmerica-Secure@ReedSmith.com>; Rob Thielhelm (rthielhelm@bakerlaw.com) <rthielhelm@bakerlaw.com>
**Subject:** RE: Siemens Energy v. C2L

Bo,

Following-up on our call, please see the transcript at page 17, lines 23-25 regarding exhibits.

Jonah


**From:** Mitchell, Jonah
**Sent:** Friday, February 21, 2020 8:55 AM
**To:** Devereux, Robert L. <rdevereux@DMFIRM.com>
**Cc:** zz-Siemens/MidAmerica-Secure (S) <rszz-SiemensMidAmerica-Secure@ReedSmith.com>; Rob Thielhelm (rthielhelm@bakerlaw.com) <rthielhelm@bakerlaw.com>
**Subject:** RE: Siemens Energy v. C2L

Bo,

Checking back in on this.  Please let me know.

Thanks,
Jonah

**From:** Mitchell, Jonah
**Sent:** Wednesday, February 19, 2020 1:03 PM
**To:** Devereux, Robert L. <rdevereux@DMFIRM.com>
**Cc:** zz-Siemens/MidAmerica-Secure (S) <rszz-SiemensMidAmerica-Secure@ReedSmith.com>; Rob Thielhelm (rthielhelm@bakerlaw.com) <rthielhelm@bakerlaw.com>
**Subject:** RE: Siemens Energy v. C2L

Bo,

Checking back in on timing to exchange revised exhibit lists.  When we talked last week, you had suggested yesterday or today was more realistic for you.  When we spoke yesterday, you indicated you were still catching-up.  How about we exchange tomorrow?

Thanks,
Jonah

**From:** Mitchell, Jonah
**Sent:** Thursday, February 13, 2020 11:14 AM
**To:** Devereux, Robert L. <rdevereux@DMFIRM.com>
**Cc:** zz-Siemens/MidAmerica-Secure (S) <rszz-SiemensMidAmerica-Secure@ReedSmith.com>; Rob Thielhelm (rthielhelm@bakerlaw.com) <rthielhelm@bakerlaw.com>
**Subject:** RE: Siemens Energy v. C2L

Bo,

I'm following-up on my email below.

Thanks,
Jonah

**From:** Mitchell, Jonah <JMitchell@ReedSmith.com>
**Sent:** Tuesday, February 11, 2020 9:27 AM
**To:** Devereux, Robert L. <rdevereux@DMFIRM.com>
**Cc:** zz-Siemens/MidAmerica-Secure (S) <rszz-SiemensMidAmerica-Secure@ReedSmith.com>; Rob Thielhelm (rthielhelm@bakerlaw.com) <rthielhelm@bakerlaw.com>
**Subject:** Siemens Energy v. C2L

Bo,

I wanted to touch-base on a couple of issues:

1. I think the pre-trial order has the order of depo designations backwards, as it provides for Siemens to serve designations on Feb. 17, followed by C2L on Feb. 19, and then Siemens on Feb. 24. From the pre-trial conference, you were going to provide amended Hannemann designations by Feb. 17, and then we would object/counter, followed by your objections to our counters (see Transcript at 7:6-13 and 24:7-19). Will you serve us with your amended designations on Feb. 17? Also, are you still planning to introduce any testimony from Hannemann in view of the Court's evidentiary rulings?

2. The Court directed the parties to re-do their exhibit lists in light of the motion in limine rulings. We suggest exchange the revised exhibit lists this Friday, February 14. Please let us know if that works.

Please let me know what you think.

Thanks,
Jonah

**Jonah D. Mitchell**
jmitchell@reedsmith.com
+1 415 659 5917
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
T: +1 415 543 8700
F: +1 415 391 8269
reedsmith.com

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

Confidentiality Notice: This e-mail and any attachments are confidential, for the use of the intended recipient(s) only, and are protected by legal privilege. If you are not the intended recipient, please advise the sender and immediately delete the message. If

this e-mail is an attorney-client privileged communication, it should not be forwarded to any party who is neither the attorney nor the client.  If the client is a business, then this e-mail should only be forwarded to other employees who have a need to know the contents of this e-mail.

_____