**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SIEMENS ENERGY, INC.,

      Plaintiff,

v.                                    Case No:  6:17-cv-171-Orl-40LRH

MIDAMERICA C2L INCORPORATED
and SECURE ENERGY, INC.,

      Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's objections to Defendant's deposition designations for Frank Hannemann. (Doc. 241-1).

I.  **RULING ON PLAINTIFF'S OBJECTIONS**[1]

152:20 through 153:17

**Objection sustained.**

345:6–17

**Objection sustained.**[2]

II.  **CONCLUSION**

**DONE AND ORDERED** in Orlando, Florida on February 28, 2020.

---

[1] Defendants have not objected to Siemens' deposition designations for Mr. Hannemann.

[2] The cited deposition testimony is irrelevant due to the timeframe being discussed, and the entities at issue (Sustec and SFGT) are not discussed in designated deposition testimony, resulting in prejudicial confusion over the significance of these entities to any issue in dispute.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties