**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SIEMENS ENERGY, INC.,

    Plaintiff,

v.

                                          Case No.: 6:17-cv-171-Orl-40LRH

MIDAMERICA C2L INCORPORATED
and SECURE ENERGY, INC

    Defendants.

---

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**
***PRO HAC VICE* FOR ATTORNEY MICHAEL H. MCGINLEY**

Pursuant to Local Rule 2.02, United States District Court, Middle District of Florida, Defendants, MIDAMERICA C2L, INC. and SECURE ENERGY, INC., (hereinafter "Defendants") by and through undersigned counsel, move this Court for an order allowing Mr. Michael H. McGinley to appear in this Court as co-counsel on behalf of Defendants in the above styled lawsuit. In support of this Motion, Defendants state as follows:

1. Mr. Michael H. McGinley and his law firm, DECHERT LLP, of Philadelphia, PA, have been retained to represent Plaintiffs in this matter.

2. Mr. McGinley is a member in good standing and admitted to practice before all courts of the Commonwealth of Pennsylvania, the District of Columbia, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Ninth

Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the D.C. Circuit, and the Supreme Court of the United States.  Mr. McGinley has been admitted to but is inactive status in the bars of the State of Colorado and the Commonwealth of Virginia.

3. Mr. McGinley has not appeared in a case in a Florida state court or Florida U.S. District Court in the 365-day period preceding the filing of this motion.  Therefore his admission to practice in this Court *pro hac vice* will not constitute an abuse of the privilege of appearing specially in Florida courts.

4. Mr. McGinley is familiar with, and will be governed by the Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04.  Further, Mr. McGinley is familiar with, and will be governed by, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. McGinley designates Walter A. Ketcham, Jr. and the law firm of Grower, Ketcham, Eide, Telan & Meltz, P.A., 901 North Lake Destiny Road, Suite 450, in Maitland, Florida 32751, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

6. Through his signature below, Walter A. Ketcham, Jr. of the law firm of Grower, Ketcham, Eide, Telan & Meltz, P.A. hereby consents to such designation.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Walter A. Ketcham, Jr. certifies that Mr. McGinley has complied with the

fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendants MIDAMERICA C2L, INC. and SECURE ENERGY, INC., respectfully request this Court enter an order admitting Michael H. McGinley to practice before this Court *pro hac vice*. Further, please see attached Composite Exhibit A - Special Admission Attorney Certification of Michael H. McGinley.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned have conferred with counsel for Defendant, and are authorized to represent that Plaintiff does not oppose the entry of an order granting this motion.

Respectfully submitted,

DATE: February 28, 2020            BY: /s/ Michael H. McGinley
                                       Michael H. McGinley
                                       DECHERT LLP
                                       2929 Arch Street
                                       Philadelphia, Pennsylvania 19104-2808
                                       Phone: (215) 994-4000
                                       Fax: (215) 994-2222
                                       E-Mail: michael.mcginley@dechert.com

/s/ Robert L. Devereux                    /s/ Walter A. Ketcham, Jr.
Robert L. Devereux, admitted PHV          Walter A. Ketcham, Jr.
Jeffrey R. Schmitt, admitted PHV          Florida Bar No. 156630
Michael R. Cherba, admitted PHV           Grower, Ketcham, Eide,
Danna McKitrick, P.C.                     Telan & Meltz, P.A.
7701 Forsyth Blvd., Suite 800             901 North Lake Destiny Road, Suite 450
St. Louis, Missouri 63105-3907            Maitland, Florida 32751
Phone: (314) 726-1000                     Tel: (407) 423-9545
Fax: (314) 725-6592                       Fax: (407) 425-7104
E-Mail: rdevereux@dmfirm.com              Email: waketcham@growerketcham.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the twenty-eighth day of February, 2020, a true and accurate copy of the foregoing was filed electronically, e-mailed, and served via U.S. Mail, first-class postage prepaid upon the following:

| | |
|---|---|
| **Scott D. Baker** <br> E-Mail: sbaker@reedsmith.com <br> **James A. Daire** <br> E-Mail: jdaire@reedsmith.com <br> **Christopher J. Pulido** <br> E-Mail: cpulido@reedsmith.com <br> REED SMITH, LLP <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105-3659 | **P. Alexander Quimby** <br> Baker & Hostetler, LLP <br> 2300 SunTrust Center <br> 200 South Orange Avenue <br> Post Office Box 112 <br> Orlando, FL 32802 <br> E-Mail: aquimby@bakerlaw.com |

**ATTORNEYS FOR PLAINTIFF**
**SIEMENS ENERGY, INC.**

/s/ Robert L. Devereux

4816-9526-0598, v. 1