**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Jury Trial (Day 1)

Case Number: 6:17-cv-171-Orl-40LRH

**SIEMENS ENERGY, INC.,**           **Plaintiff's Counsel:** Adaline Hilgard
                                                             Jonah Mitchell
**Plaintiff**                                                Robert Thielhelm

**v.**

**MIDAMERICA C2L INCORPORATED**     **Defense Counsel:**  Robert Devereux
                                                          Jeffrey Schmidt
**Defendant**

| Judge: | Paul G. Byron | Court Reporter | Heather Jewett (morning) heatherjewett.focr@gmail.com Nikki Peters (afternoon) courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | March 2, 2020 | Time: | 9:04 AM – 12:24 PM 1:36 PM – 5:05 PM TOTAL: 6 hours, 29 minutes |

9:04 AM   Case called. Appearances taken. The Court addresses matters with the parties. The Motion to Strike (Doc. 247) is denied for the reasons stated on the record. Oral Motion to Allow Electronic Equipment by plaintiff. The Court grants the motion.

9:13 AM   Brief recess to bring up the jurors.

9:26 AM   Court resumes. Jurors enter. Voir dire begins.

10:28 AM  Brief recess.

10:42 AM  Court resumes. Jurors are absent. The Court discusses challenges for cause with the parties.

11:03 AM  A panel is selected. Jurors re-enter. Non-selected jurors are dismissed, selected jurors are sworn. The Court reads preliminary instructions to the jury.

| | |
|---|---|
| 11:15 AM | Plaintiff's opening statements by Mr. Mitchell. |
| 12:03 PM | Defendant's opening statements by Mr. Devereux. |
| 12:24 PM | Lunch break. Jury exits. |
| 1:36 PM | Court resumes. Jury re-enters. Plaintiff's witness, Harry Morehead: sworn and testified. Direct examination of Mr. Morehead conducted by Ms. Hilgard. |
| 3:15 PM | Afternoon recess. Jury exits. |
| 3:31 PM | Court resumes. Jury re-enters. Direct examination of Mr. Morehead continues. |
| 3:53 PM | Cross-examination of Mr. Morehead conducted by Mr. Devereux. |
| 4:57 PM | Jury is excused for the evening. |
| 5:05 PM | Court is adjourned for the evening. Court will resume on Tuesday, March 3, 2020 at 9:30 AM. |