UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SIEMENS ENERGY, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>MIDAMERICA C2L INCORPORATED, a Nevada corporation,<br><br>Defendant. | Case No. 6:17-cv-171-Orl-40LRH |

## PLAINTIFF SIEMENS ENERGY, INC.'S MOTION REGARDING REQUESTS FOR ADMISSIONS

Plaintiff Siemens Energy, Inc. ("Siemens") hereby moves for an Order withdrawing Siemens' admitted Exhibit 163 (PTX163), which is MidAmerica C2L, Incorporated's ("C2L") Objections and Answers to Siemens' First Set Of Requests For Admissions ("RFAs"). Instead, Siemens proposes that certain of the Admissions contained within Exhibit 163 be published to the jury using the parties' re-positioned posture in the case. Specifically, these RFAs were served and responded to prior to the Court's Order re-positioning the parties [ECF No. 242]— and as such, throughout the RFAs, C2L (and Secure) is referred to as "Plaintiffs" and Siemens is referred to as "Defendant." In addition, although several of the admissions are directed to the issues in the case, some of them are no longer relevant given the Court's ruling on motions in *limine* [ECF No. 237]. None of the Admissions have been published to the jury at this juncture. Thus, Siemens proposes that for clarity and to avoid confusion, the Court withdraw Siemens Exhibit 163 (PTX163) from evidence, and in lieu of the exhibit, instead permit

Siemens to submit the following Admissions (attached hereto as **Exhibit A**)—which are all contained in PTX163 and modified only to remove the confusing language concerning their posture in the case—as a revised Siemens Exhibit 163 (PTX163).

Dated:  March 3, 2020

Respectfully submitted,

By: */s/ Jonah D. Mitchell*
Robert W. Thielhelm, Jr.
Florida Bar No. 889679
**Baker & Hostetler LLP**
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: rthielhelm@bakerlaw.com

Scott D. Baker (admitted pro hac vice)
Jonah Mitchell (admitted pro hac vice)
Adaline J. Hilgard (admitted pro hac vice)
Christopher J. Pulido (admitted pro hac vice)
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: 415.543.8700
Facsimile: 415.391.8269
Email:  sbaker@reedsmith.com
Email:  jmitchell@reedsmith.com
Email:  ahilgard@reedsmith.com
Email:  cpulido@reedsmith.com

*Counsel for Siemens Energy, Inc.*

# Exhibit A

C2L admits that:

1. Siemens' predecessor and Secure's subsidiary entered into an Equipment Supply Agreement in December 2007. (RFA #6)

2. Siemens' predecessor and Secure's subsidiary entered into a Project License Agreement in December 2007. (RFA #7)

3. Secure's subsidiary did not pay Siemens the fees required under the December 2007 Project License Agreement. (RFA #8)

4. Secure did not have the necessary funding for any iteration of their project before March 2010. (RFA #9)

5. Prior to March 2010, Secure asked Siemens to extend the payment deadlines specified in the December 2007 Project License Agreement. (RFA #10)

6. Prior to March 2010, Secure asked Siemens to extend the deadline for the expiration of equipment warranties and performance guarantees specified in the December 2007 Equipment Supply Agreement. (RFA #11)

7. Siemens agreed to Secure's requests to extend payment dates, equipment warranties, and performance guarantees on the terms specified in a March 2010 License and Service Agreement. (RFA #12)

8. Siemens and Secure agreed to a Completion Agreement in March 2010. (RFA #13)

9. Prior to July 2012, Secure/C2L asked Siemens to extend the payment deadlines specified in the March 2010 License and Service Agreement. (RFA #17)

10. Prior to July 2012, Secure/C2L asked Siemens to extend the deadline for performance guarantees specified in the March 2010 License and Service Agreement. (RFA

- 5 -

#18)

11. Siemens agreed to Secure/C2L's requests to extend payment dates and performance guarantees on the terms specified in a July 2012 License and Service Agreement. (RFA #19)

12. Secure/C2L did not have the funding for any iteration of their project prior to July 2012. (RFA #20)

13. Secure/C2L have never had the funding necessary for any iteration of their project. (RFA #22)

14. Secure/C2L took steps to sell the Siemens gasification equipment in 2013, 2014, and 2015. (RFA #23)

- 6 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 3, 2020, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following listed counsel:

Robert L. Devereux
Jeffrey R. Schmitt
**Danna McKitrick, P.C.**
7701 Forsyth Blvd., Suite 800
St Louis, MO 63105
Telephone: (314) 726-1000
Fax: (314) 725-6592
Email: rdevereux@dmfirm.com
Email: jschmitt@dmfirm.com

Walter A. Ketcham , Jr.
**Grower, Ketcham, Eide, Telan & Meltz, PA**
901 N Lake Destiny Rd., Suite 450
PO Box 538065
Orlando, FL 32853-8065
Telephone: (407) 423-9545
Fax: (407) 425-7104
Email: enotice@growerketcham.com

    DATED:  March 3, 2020.

                                                         */s/ Jonah D. Mitchell*
                                                         Jonah D. Mitchell