**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Jury Trial (Day 3)**

**Case Number: 6:17-cv-171-Orl-40LRH**

**SIEMENS ENERGY, INC.,**　　　　　　　　**Plaintiff's Counsel:** Adaline Hilgard
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Jonah Mitchell
　**Plaintiff**　　　　　　　　　　　　　　　　　　　　　　　　　　 Robert Thielhelm

**v.**

**MIDAMERICA C2L INCORPORATED**　　**Defense Counsel:** Robert Devereux
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Schmitt
　**Defendant**

| Judge: | Paul G. Byron | Court Reporter | Heather Jewett (morning) heatherjewett.focr@gmail.com Nikki Peters (afternoon) courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | March 4, 2020 | Time: | 8:36 AM – 12:26 PM 1:15 PM – 3:07 PM 3:47 PM – 3:50 PM TOTAL: 5 hours, 45 minutes |

8:36 AM　Court resumes from Tuesday, March 3rd. The Court discusses jury instructions with the parties.

9:33 AM　Brief recess.

9:49 AM　Court resumes. Jury enters. Direct examination of Mr. Kenny by Mr. Devereux continues.

10:45 AM　Cross-examination of Mr. Kenny conducted by Mr. Mitchell.

11:17 AM　Morning recess. Jury exits.

11:38 AM　Court resumes. Jury re-enters. Cross-examination of Mr. Kenny by Mr. Mitchell continues.

12:07 PM　Defense rests. Lunch break. Lunch provided for the jury. Jury exits. The Court discusses matters with the parties.

- 2 -

| | |
|---|---|
| 12:13 PM | Plaintiff's Motion for Judgment as a Matter of Law by Ms. Hilgard. |
| 12:20 PM | Defendant's Motion for Judgment as a Matter of Law by Mr. Schmitt. |
| 12:26 PM | The Court denies defendant's motion. The Court takes plaintiff's motion under advisement. Lunch break. |
| 1:15 PM | Court resumes. Jury re-enters. Plaintiff's closing arguments by Mr. Thielhelm. |
| 2:11 PM | Defendant's closing arguments by Mr. Devereux. |
| 2:42 PM | Rebuttal argument by Mr. Thielhelm. |
| 2:52 PM | The Court reads jury instructions. |
| 3:07 PM | Jury retires to begin their deliberations. |
| 3:47 PM | Court resumes for the jury verdict. |
| 3:50 PM | Court is adjourned. |