UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIEMENS ENERGY, INC.,
    Plaintiff,

v.

MIDAMERICA C2L INCORPORATED
    Defendant.
_____/

Case No: 6:17-cv-171-Orl-40LRH

## Verdict Form

    We, the Jury, duly empaneled and sworn in the above styled cause, return the following verdict:

    1. Did Siemens prove by a preponderance of the evidence that Siemens had a contract with C2L?

        YES ✓        NO ____

If you answered YES to Question 1, please go on to the next question. If you answered NO to Question 1, your deliberations are complete on Siemens' breach of contract claim. Skip all remaining questions in this verdict form.

    2. Did Siemens prove by a preponderance of the evidence that Siemens did what it was required to do under the contract?

        YES ✓        NO ____

If you answered YES to Question 2, please go on to the next question. If you answered NO to Question 2, your deliberations are complete on Siemens' breach of contract claim. Skip all remaining questions in this verdict form.

    3. Did Siemens prove by a preponderance of the evidence that C2L breached the contract by not doing what it was required to do under the contract?

        YES ✓        NO ____

If you answered YES to Question 3, please go on to the next question. If you answered NO to Question 3, your deliberations are complete on Siemens' breach of contract claim. Skip all remaining questions in this verdict form.

4. Did Siemens prove by a preponderance of the evidence that C2L's breach of the contract resulted in damages to Siemens?

    YES _✓_    NO _____

If you answered NO to Question 4, your deliberations are complete. If you answered YES to Questions 1-4, you must award Siemens $13,200,395.50 in the line below.

Damages awarded to Siemens: $ _13,200,395.50_

5. Did C2L prove by a preponderance of the evidence that Siemens repudiated the contract in advance by clearly and unconditionally indicating, through words or actions or both, that it would not or, as a result of its voluntary actions, could not do what Siemens was required to do under the contract?

    YES _____    NO _✓_

If you answered NO to Question 5, your deliberations are complete. If you answered YES to Question 5, please go on to the next question.

6. Did C2L prove by a preponderance of the evidence that C2L was ready, willing and able to perform its obligations under the contract?

    YES _____    NO _____

Your deliberations are complete. Please have the Jury Foreperson sign and date this Verdict Form.

**SO SAY WE ALL**, this _4_ day of March, 2020

_____
Foreperson's Signature