

# EXHIBIT LIST

___ **Plaintiff**    ___ **Defendant**    _____ **Joint**

___ **Government**    X **Court**

**Style:** Siemens Energy, Inc. v. MidAmerica C2L Incorporated
**Case No:** 6:17-cv-171-Orl-40LRH

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 3/4/2020 | 3/4/2020 | | | Redacted Joint Exhibit List Given to Jury for their Deliberations |
| 2 | 3/4/2020 | 3/4/2020 | | | Redacted Plaintiff's Exhibit List Given to Jury for their Deliberations |
| 3 | 3/4/2020 | 3/4/2020 | | | Redacted Defendant's Exhibit List Given to Jury for their Deliberations |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.