# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SIEMENS ENERGY, INC.,**

    **Plaintiff,**

**v.**                                             **Case No: 6:17-cv-171-Orl-40LRH**

**MIDAMERICA C2L INCORPORATED,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **SIEMENS ENERGY, INC.'S VERIFIED MOTION TO TAX COSTS AND MEMORANDUM IN SUPPORT OF BILL OF COSTS (Doc. No. 296)**
>
> **FILED:**      **March 25, 2020**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion does not comply with Local Rule 3.01(g). Doc. No. 296. In addition, the Court notes that there is no need to file a motion addressing taxable costs under 28 U.S.C. § 1920 in addition to filing a Bill of Costs, which Siemens Energy, Inc. has filed separately. *See* Doc. No. 295. Rather, Federal Rule of Civil Procedure 54 provides a process for the taxation of costs, as well as the procedure for MidAmerica C2L Incorporated to object. *See* Fed. R. Civ. P. 54(d)(1).

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on March 26, 2020.

*/s/ Leslie R. Hoffman*
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties