**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MIDAMERICA C2L INCORPORATED,
a Nevada corporation; and SECURE
ENERGY, INC., a Nevada corporation,

    Plaintiffs,

v.

SIEMENS ENERGY, INC., a Delaware
corporation,

    Defendant.

--                                                 Case No.: 6:17-cv-171-Orl-40LRH

SIEMENS ENERGY, INC., a Delaware
corporation,

    Counter-Claimant,

v.

MIDAMERICA C2L INCORPORATED,
a Nevada corporation,

    Counter-Defendant.

---

**MIDAMERICA C2L INCORPORATED AND
<u>SECURE ENERGY, INC.'S NOTICE OF APPEAL</u>**

Notice is hereby given that MidAmerica C2L Incorporated ("C2L") and Secure Energy, Inc. ("Secure"), are appealing to the United States Court of Appeals for the Eleventh Circuit:

    1)    the Order transferring venue from the U.S. District Court for the Southern District of Illinois to the U.S. District Court for the Middle District of Florida, entered January 31, 2017 (Doc. 31);

2)     the Order denying C2L and Secure's Motion for Leave to File Second Amended Complaint, entered January 17, 2019 (Doc. 137);

3)     the Order denying C2L and Secure's Motion to Continue Trial Setting, entered February 26, 2019 (Doc. 154);

4)     the Order granting Siemens Energy, Inc.'s ("Siemens") Motion to Exclude Opinions and Testimony of Dr. Herbert Kosstrin, C2L and Secure's proffered expert, entered June 7, 2019 (Doc. 188);

5)     the Order denying C2L and Secure's Motion to Exclude Certain Testimony of Siemens' Expert Witness Stephen D. Jenkins, entered June 7, 2019 (Doc. 189);

6)     the Order denying C2L and Secure's Motion to Exclude Certain Testimony of Siemens' Expert Witness Dr. John A. Williams, entered June 7, 2019 (Doc. 191);

7)     the Order granting summary judgment in favor of Siemens as to Counts II, IV, V, and VI of the Amended Complaint, entered July 26, 2019 (Doc. 203);

8)     the Judgment in favor of Siemens and against C2L and Secure as to Counts II, IV, V, and VI of the Amended Complaint, entered July 29, 2019 (Doc. 205);

9)     the Order granting summary judgment in favor of Siemens as to Count I of the Amended Complaint, entered October 15, 2019 (Doc. 208);

10)    the Judgment in favor of Siemens and against C2L and Secure as to Count I of the Amended Complaint, entered October 16, 2019 (Doc. 209);

11)    the Order denying C2L and Secure's Renewed Motion for Leave to File Second Amended Complaint, entered October 28, 2019 (Doc. 213);

12)    the Order granting Siemens' Motion *in Limine* (Doc. 230), entered January 24,

2020 (Doc. 237);

13) the Orders denying C2L's Motion *in Limine*, entered January 24, 2020 (Doc. 237) and stated on the record March 3, 2020 (Doc. 272 (Tr. Vol. IV) at 90:8–91:4);

14) the Orders denying C2L's oral and written Motion(s) for Judgment as a Matter of Law, entered March 4, 2020 (Docs. 276, 284);

15) the Order directing the Clerk of Court to enter Final Judgment in favor of Siemens as to the Counterclaim, entered March 10, 2020 (Doc. 293);

16) the Final Judgment, in favor of Siemens and against C2L as to the Counterclaim, entered March 11, 2020 (Doc. 294).

DATE: April 1, 2020   BY:   */s/ Michael H. McGinley*
Michael H. McGinley, admitted PHV
DECHERT LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104-2808
Phone: (215) 994-4000
Fax: (215) 994-2222
E-Mail: michael.mcginley@dechert.com

*/s/ Robert L. Devereux*
Robert L. Devereux, admitted PHV
Jeffrey R. Schmitt, admitted PHV
Michael R. Cherba, admitted PHV
DANNA MCKITRICK, P.C.
7701 Forsyth Blvd., Suite 800
St. Louis, Missouri 63105-3907
Phone: (314) 726-1000
Fax: (314) 725-6592
E-Mail: rdevereux@dmfirm.com

*/s/ Walter A. Ketcham, Jr.*
Walter A. Ketcham, Jr.
Florida Bar No. 156630
GROWER, KETCHAM, EIDE,
TELAN & MELTZ, P.A.
901 North Lake Destiny Road, Suite 450
Maitland, Florida 32751
Phone: (407) 423-9545
Fax: (407) 425-7104
E-Mail: waketcham@growerketcham.com

***Attorneys for MidAmerica C2L Incorporated and Secure Energy, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the first day of April, 2020, a true and accurate copy of the foregoing **MidAmerica C2L Incorporated and Secure Energy, Inc.'s Notice of Appeal** was filed electronically with the Clerk of Court and served via the CM/ECF system upon all counsel of record, including the following:

| | |
|---|---|
| Scott D. Baker<br>E-Mail: sbaker@reedsmith.com<br>William R. Overend<br>E-Mail: woverend@reedsmith.com<br>Jonah D. Mitchell<br>E-Mail: jmitchell@reedsmith.com<br>Adaline J. Hilgard<br>E-Mail: ahilgard@reedsmith.com<br>Christopher J. Pulido<br>E-Mail: cpulido@reedsmith.com<br>REED SMITH, LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659 | Robert W. Thielhelm Jr.<br>E-Mail: rthielhelm@bakerlaw.com<br>P. Alexander Quimby<br>E-Mail: aquimby@bakerlaw.com<br>Baker & Hostetler, LLP<br>2300 SunTrust Center<br>200 South Orange Avenue<br>Post Office Box 112<br>Orlando, FL 32802 |

***Attorneys for Siemens Energy, Inc.***

/s/ *Michael H. McGinley*