# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SIEMENS ENERGY, INC.,**

    **Plaintiff,**

**v.**                                                  **Case No:   6:17-cv-171-Orl-40LRH**

**MIDAMERICA C2L INCORPORATED,**

    **Defendant.**

## ORDER

Final judgment was entered in favor of Counter-Claimant Siemens Energy, Inc. ("Siemens") and against Counter-Defendant MidAmerica C2L Incorporated ("MidAmerica") on Siemens' counterclaim. Docs. 293, 294. Siemens thereafter filed a proposed bill of costs, and an amended proposed bill of costs. Docs. 296, 301.[1]

On April 22, 2020, MidAmerica filed a "Memorandum in Opposition to Siemens Energy Inc.'s Amended Proposed Bill of Costs." Doc. 304. MidAmerica objects to several costs sought by Siemens, and asks that the Court review the amended proposed bill of costs and reduce such costs accordingly. *Id.* Siemens did not file a response, presumably because MidAmerica's filing was styled as an opposition brief, rather than a motion.

On review, because MidAmerica seeks affirmative relief from the Court, the "Memorandum in Opposition" shall be construed as a motion. Therefore, the undersigned finds that allowing a

---

[1] On March 25, 2020, Siemens filed a proposed bill of costs, as well as a verified motion for taxation of costs and memorandum in support. Docs. 295, 296. The verified motion was denied without prejudice for failure to comply with Local Rule 3.01(g) and because the motion was not required pursuant to Federal Rule of Civil Procedure 54. Doc. 297. Siemens thereafter amended its proposed bill of costs. Doc. 301. The amended proposed bill of costs is the subject of this Order.

response from Siemens would be appropriate prior to addressing the merits of MidAmerica's contentions. Accordingly, it is **ORDERED** that Siemens shall file a response to MidAmerica's "Memorandum in Opposition" on or before **June 2, 2020**. Such response shall be filed in compliance with Local Rule 3.01(b).

**DONE** and **ORDERED** in Orlando, Florida on May 19, 2020.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record