UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIEMENS ENERGY, INC.,

      Plaintiff,

v.                                                    Case No: 6:17-cv-171-Orl-40LRH

MIDAMERICA C2L INCORPORATED,

      Defendant.
_____/

**ORDER**

This cause is before the Court on Defendant MidAmerica C2L's Memorandum in Opposition to Siemens Energy Inc.'s Amended Proposed Bill of Costs. (Doc. 304). The United States Magistrate Judge has submitted a report recommending that the Court award Siemens total costs as: (1) $40,563.17 in "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case"; and (2) $4,262.88 in "Fees for Witnesses." The Magistrate Judge recommended that the Court award Siemens total costs of $44,826.05, and the remainder of the costs sought by Siemens be denied.

After an independent *de novo* review of the record in this matter, and nothing that no objections were timely filed, the Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 19, 2020 (Doc. 311), is **ADOPTED AND CONFIRMED** and made a part of this Order;

2. MidAmerica C2L's Objections (Doc. 304) to Siemens' Amended Proposed Bill of Costs (Doc. 301) is **SUSTAINED in part and OVERRULED in part**;

3. Siemens in **AWARDED** total costs as follows:

    a. $40,563.17 in "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case"; and

    b. $4,262.88 in "Fees for Witnesses."

4. The remainder of the costs sought by Siemens (Doc. 301) are **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on July 6, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties