# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIDAMERICA C2L
INCORPORATED, et al.,

           Plaintiffs,

v.                                        Case No:   6:17-cv-171-PGB-LHP

SIEMENS ENERGY, INC.

           Defendant

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **SIEMENS ENERGY, INC.'S UNOPPOSED, RENEWED REQUEST TO TAX COSTS AGAINST MIDAMERICA C2L INCORPORATED AND SECURE ENERGY, INC. (Doc. No. 341)** |
| **FILED:** | **February 21, 2024** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Upon review, the above-styled motion fails to comply with the Local Rules, including Local Rules 1.08 and 3.01(a).   In addition, an appeal of this matter is now

pending.   *See* Doc. No. 342.   Accordingly, despite the fact that the present motion is unopposed, the Court finds it appropriate to defer the issue of costs pending the outcome of the appeal.   *See, e.g.*, *Hayas v. Geico Gen. Ins. Co.*, No. 8:13-cv-1432-T-33AEP, 2015 WL 51700, at *1 (M.D. Fla. Jan. 4, 2015) ("If this Court were to resolve [the issue of costs] while an appeal remains pending, it would engage in the piecemeal adjudication of costs as the Court would be asked to repeat the procedure following the appeal."); *see also Doe v. Magical Cruise Co., Ltd.*, No. 6:21-cv-1566-RBD-RMN, 2024 WL 310708, at *1 (M.D. Fla. Jan. 9, 2024), *report and recommendation adopted*, 2024 WL 309973 (M.D. Fla. Jan. 25, 2024) ("In short, postponing Defendant's request to tax costs until after the pending appeal is resolved conserves judicial resources.").

For these reasons, the above-styled motion (Doc. No. 341) is **DENIED without prejudice**.   Siemens Energy, Inc. may renew the request, as appropriate, within **twenty-one (21) days** after issuance of the mandate by the Eleventh Circuit.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties